**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1.  Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or  passport).<br><br>Bring your picture identification to your meeting with the trustee. | Zhengang<br>First name<br><br>Middle name<br><br>Guo<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.  All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.  Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2726 | |

Debtor 1    Zhengang Guo                                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>DBA  Dr. Guo<br>DBA  Master Guo<br>_____<br>Business name(s)<br><br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br><br><br>_____<br>Business name(s)<br><br><br>_____<br>EINs |
| **5. Where you live** | 15212 W. 147th Street<br>Homer Glen, IL 60491<br>_____<br>Number, Street, City, State & ZIP Code<br><br>Will<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br><br>_____<br>Number, Street, City, State & ZIP Code<br><br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    Zhengang Guo                         Case number *(if known)*

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7.**   **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.**   **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.**   **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.**   **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District _____ | When _____ | Case number, if known _____ | |
| | Debtor _____ | | Relationship to you _____ | |
| | District _____ | When _____ | Case number, if known _____ | |

---

**11.**   **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

     ☐   No. Go to line 12.

     ☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    Zhengang Guo                                                        Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.

☐ Yes.

What is the hazard?    Alleged high lead levels in dietary supplement product DH2C-2 tablets

If immediate attention is needed, why is it needed?    Debtor is principle shareholder of Life Rising Corporation and Ton Shen Health Corporation.  The two entities have voluntarily stopped selling this product while the FDA conducts laboratory analysis.

Where is the property?    7884 Quincy, Willowbrook, IL; 2131 S. Archer, Unit ABC, Chicago, IL; 665 Pasquinelli Dr., Westmont, IL; 3100 Dunder Road, Northbrook, IL , 60062-0000

Number, Street, City, State & Zip Code

---

Debtor 1   Zhengang Guo _____   Case number *(if known)* _____

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Zhengang Guo | | Case number *(if known)* | |

---

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **What kind of debts do you have?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Zhengang Guo

| Zhengang Guo | | Signature of Debtor 2 |
| Signature of Debtor 1 | | |

| Executed on  October 12, 2016 | | Executed on |
| MM / DD / YYYY | | MM / DD / YYYY |

---

Debtor 1    Zhengang Guo                                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Robert R. Benjamin                          Date    October 12, 2016
Signature of Attorney for Debtor                        MM / DD / YYYY

Robert R. Benjamin
Printed name

Golan & Christie LLP
Firm name

70 W. Madison
Suite 1500
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone    (312) 263-2300        Email address    rrbenjamin@golanchristie.com

0170429
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders. |
|---|---|

|  |  | | **Unsecured claim** |
|---|---|---|---|

**1**

Brustin & Lundblad, Ltd.
10 N. Dearborn
7th Floor
Chicago, IL 60602

What is the nature of the claim?    Attorneys fees    $ 58,687.59

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact _____

Contact phone _____

**2**

Cathay Bank
9650 Flair Drive
El Monte, CA 91731

What is the nature of the claim?    665 Pasquinelli Drive    $ 173,341.00
Unit 101, 203, 204, 207
Westmont, IL 60559
DuPage County

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Judi Yu Tsang

judi.tsang@cathaybank.com    ☐    No

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Zhengang Guo _____  Case number *(if known)* _____

Contact                                    ☑ Yes. Total claim (secured and unsecured)    $ $366,841.00

312-225-5991                                    Value of security:                    - $ $193,500.00
Contact phone                                   Unsecured claim                        $ $173,341.00

---

**3**

Cathay Bank
9650 Flair Drive
El Monte, CA 91731

What is the nature of the claim?    665 Pasquinelli Drive    $ Unknown
                                     Unit 203, 204
                                     Westmont, IL 60559
                                     DuPage County

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Contact                              ☐ No
                                     ☑ Yes. Total claim (secured and unsecured)    $ Unknown
Contact phone                             Value of security:                    - $ $245,000.00
                                          Unsecured claim                        $ Unknown

---

**4**

Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201

What is the nature of the claim?    Credit card    $ $312.18

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Contact                              ☑ No
                                     ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact phone                             Value of security:                    - $ _____
                                          Unsecured claim                        $ _____

---

**5**

Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201

What is the nature of the claim?    Credit card    $ $126.99

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Contact                              ☑ No
                                     ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact phone                             Value of security:                    - $ _____
                                          Unsecured claim                        $ _____

---

**6**

Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201

What is the nature of the claim?    Credit card    $ $11,367.41

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    Zhengang Guo        Case number (if known) _____

☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

Contact

Contact phone

---

**7** Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201

**What is the nature of the claim?**   Credit card    $ $929.98

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

Contact

Contact phone

---

**8** Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201

**What is the nature of the claim?**   Credit card    $ $665.47

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

Contact

Contact phone

---

**9** First Merit Bank, N.A. as successor
in interest to Midwest Bank & Trust
501 W North Avenue
Melrose Park, IL 60160

**What is the nature of the claim?**   Guarantor of Ton Shen    $ $94,956.54
Health obligation dated
1/3/2015

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

Contact

Contact phone

---

**10**        **What is the nature of the claim?**   Import, assembly, and    $ Unknown
sale of herbal products

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    _Zhengang Guo_                                    Case number *(if known)* _____

Food and Drug Administration
c/o Nicholas Lyons, Compliance
Director
20 N. Michigan Avenue, Suite 510
Chicago, IL 60602

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)        $ _____
          Value of security:                      - $ _____
          Unsecured claim                          $ _____

---

**11**

Fred Jay
11646 SW Royal Villa Drive
Tiger, OR 97224

**What is the nature of the claim?**   Personal Loan    $ $150,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)        $ _____
          Value of security:                      - $ _____
          Unsecured claim                          $ _____

---

**12**

Huaxiang Li
6403 St. James Court
Burr Ridge, IL 60527

**What is the nature of the claim?**   Personal Loan    $ $398,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)        $ _____
          Value of security:                      - $ _____
          Unsecured claim                          $ _____

---

**13**

Jen-Ku Chang
1027 Amberwood Circle
Naperville, IL 60563

**What is the nature of the claim?**   Personal Loan    $ $300,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)        $ _____
          Value of security:                      - $ _____
          Unsecured claim                          $ _____

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Zhengang Guo | | Case number *(if known)* | |

---

**14**

Richard Davis, Special Admin. of
Estate of Delores Drury, Deceased
c/o Markoff Law LLC
29 N. Wacker Drive, #550
Chicago, IL 60606

_____

Contact
_____

Contact phone

**What is the nature of the claim?**   08 L 14411
Richard Davis, Special
Admin. of the Estate of
Dolores Drury,
Deceased

$ $3,817,228.00

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**
- [x] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____
      Unsecured claim   $ _____

---

**15**

Mohsen Edalat
1101 Juniper Terrace
Glenview, IL 60025

_____

Contact
_____

Contact phone

**What is the nature of the claim?**   Personal loan   $ $200,000.00

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

**Does the creditor have a lien on your property?**
- [x] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____
      Unsecured claim   $ _____

---

**16**

Pacific Global Bank
2323 S. Wentworth
Chicago, IL 60616

_____

Eric Hubbard

ehubbard@pacificglobalbank.com
Contact

312-225-2323 x 122
Contact phone

**What is the nature of the claim?**   2131 S. Archer Avenue
Units 1A, 1B, 1C
Chicago, IL 60616
Cook County

$ $23,309.00

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**
- [ ] No
- [x] Yes. Total claim (secured and unsecured)   $ $23,309.00

      Value of security:   - $ $0.00
      Unsecured claim   $ $23,309.00

---

**17**

Richard Davis, Special Admin. of
Estate of Delores Drury, Deceased
c/o Niemeyer Grebel Kruse
10 S. Broadway #1125

**What is the nature of the claim?**   2008 L 14411   $ $3,817,228.00

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    _Zhengang Guo_                                    Case number *(if known)* _____

Saint Louis, MO 63102

**As of the date you file, the claim is:** Check all that apply

- [✔] Contingent
- [✔] Unliquidated
- [✔] Disputed
- [ ] None of the above apply

**Does the creditor have a lien on your property?**

- [✔] No
- [ ] Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact

Contact phone

---

| 18 | | | |
|---|---|---|---|

Scott Varley
750 Fletcher Drive
Elgin, IL 60123

**What is the nature of the claim?**    _Personal Loan_    $ $50,000.00

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✔] None of the above apply

**Does the creditor have a lien on your property?**

- [✔] No
- [ ] Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact

Contact phone

---

| 19 | | | |
|---|---|---|---|

Zhaoyuan Meng
18 ShuangQioaDong Lu, Apt 1137
ChaoYang District
BEIJING, CHINA

**What is the nature of the claim?**    _Personal Loan_    $ $7,468,550.00

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✔] None of the above apply

**Does the creditor have a lien on your property?**

- [✔] No
- [ ] Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact

Contact phone

---

| 20 | | | |
|---|---|---|---|

Zhenxia Guo
1228 Hanover Street
Woodridge, IL 60517

**What is the nature of the claim?**    _Personal Loan_    $ $77,000.00

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✔] None of the above apply

**Does the creditor have a lien on your property?**

- [✔] No
- [ ] Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact

Contact phone

---

| Part 2: | Sign Below |
|---|---|

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Zhengang Guo | | Case number *(if known)* | |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

| **X** _____ | **X** _____ |
| Zhengang Guo | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Date _____ | Date _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B......................................................... $ 976,454.50

   1b. Copy line 62, Total personal property, from Schedule A/B................................................ $ 1,832,957.47

   1c. Copy line 63, Total of all property on Schedule A/B........................................................ $ 2,809,411.97

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 3,492,833.81

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... $ 12,627,824.16

   **Your total liabilities** $ 16,120,657.97

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................ $ -12,754.71

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................... $ 13,416.83

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Zhengang Guo                                               Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                            $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1

| 1413 Wesley Court | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Street address, if available, or other description | ☑ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | Current value of the entire property? / Current value of the portion you own? |
| Westmont        IL    60559-0000 | ☐ Land | $300,000.00      $79,500.00 |
| City        State        ZIP Code | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other | 50% interest held Z. Guo Revocable Trust dated 5/8/02 as Tenant in Common |
| | **Who has an interest in the property?** Check one | |
| DuPage | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | ☐ **Check if this is community property** (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Zhengang Guo

Case number *(if known)*

**1.2**  If you own or have more than one, list here:

15212 W. 147th

Street address, if available, or other description

Homer Glen        IL        60491-0000

City        State        ZIP Code

Will

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$550,000.00        $258,500.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenants by entireties

☐ **Check if this is community property** (see instructions)

---

**1.3**  If you own or have more than one, list here:

2131 S. Archer Avenue
Units 1B, 1C

Street address, if available, or other description

Chicago        IL        60616-0000

City        State        ZIP Code

Cook

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other        Commercial Units

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$1,050,000.00        $235,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Joint tenant with rights of survivorship

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Zhengang Guo                                                    Case number (if known) _____

**1.4** If you own or have more than one, list here:

2131 S. Archer Avenue
Unit 302
_____
Street address, if available, or other description

Chicago                    IL        60616-0000
_____
City                       State     ZIP Code

Cook
_____
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other    Residential Unit

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $250,000.00 | $65,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Joint tenant with rights of survivorship

- [ ] **Check if this is community property** (see instructions)

---

**1.5** If you own or have more than one, list here:

7882-7890 Quincy Street
_____
Street address, if available, or other description

Willowbrook                IL        60527-0000
_____
City                       State     ZIP Code

DuPage
_____
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other    Multi-Use Commercial

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $925,000.00 | $81,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

25% interest in Chicago Title Land Trust Company Trust #0001107968

- [ ] **Check if this is community property** (see instructions)

---

Debtor 1    Zhengang Guo                                                    Case number *(if known)*

1.6   If you own or have more than one, list here:

665 Pasquinelli Drive
Unit 101

Street address, if available, or other description

Westmont          IL        60559-0000

City              State     ZIP Code

DuPage

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other    Commercial

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $193,500.00 | $43,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

50% interest under Zhengang Guo Recoverable Trust dated 5/8/02 as tenants in common

- [ ] **Check if this is community property**
  (see instructions)

---

1.7   If you own or have more than one, list here:

665 Pasquinelli Drive
Unit 203, 204

Street address, if available, or other description

Westmont          IL        60559-0000

City              State     ZIP Code

DuPage

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other    Commercial

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $245,000.00 | $43,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

50% interest under Zhengang Guo Recoverable Trust dated 5/8/02 as tenants in common

- [ ] **Check if this is community property**
  (see instructions)

---

| Debtor 1 | Zhengang Guo | | Case number *(if known)* |
|---|---|---|---|

**1.8** If you own or have more than one, list here:

665 Pasquinelli Drive
Unit 207
_____
Street address, if available, or other description

Westmont        IL      60559-0000
_____
City           State   ZIP Code




DuPage
_____
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other     Commercial

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $82,800.00 | $15,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

50% interest under Zhengang Guo Recovable Trust dated 5/8/02 as tenants in common

- [ ] **Check if this is community property** (see instructions)

---

**1.9** If you own or have more than one, list here:

665 Pasquinelli Drive
Unit 209
_____
Street address, if available, or other description

Westmont        IL      60559-0000
_____
City           State   ZIP Code




DuPage
_____
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other     Commercial

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $109,650.00 | $19,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Joint tenant with rights of survivorship

- [ ] **Check if this is community property** (see instructions)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    Zhengang Guo                                          Case number *(if known)*

---

1.1
0

If you own or have more than one, list here:

665 Pasquinelli Drive
Unit 210
Street address, if available, or other description

Westmont                IL    60559-0000
City                     State    ZIP Code

DuPage
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other    Commercial

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$59,000.00                              $10,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint tenant with rights of survivorship

- [ ] Check if this is community property
  (see instructions)

---

1.1
1

If you own or have more than one, list here:

2125-27 S. Archer Avenue
Street address, if available, or other description

Chicago                IL    60616-0000
City                     State    ZIP Code

Cook
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other    Parking Lot

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$500,000.00                             $132,500.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
50% interest under Zhengang Guo Recovable Trust dated 5/8/02 as tenants in common

- [ ] Check if this is community property
  (see instructions)

---

Debtor 1   Zhengang Guo

Case number *(if known)* _____

**1.1
2**

If you own or have more than one, list here:

15212 W. 147th
_____
Street address, if available, or other description


Homer Glen          IL        60491-0000
_____
City                State      ZIP Code


Will
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☑ Other     Back lot 5 acres (not
            buildable)

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$75,000.00                $13,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint Tenancy with Right of Survivorship

☐ **Check if this is community property**
(see instructions)

---

**1.1
3**

If you own or have more than one, list here:

1913 Portola
_____
Street address, if available, or other description


Ventura          CA        93003-0000
_____
City             State      ZIP Code


Will
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other     25,000 Sq. Feet
            Warehouse

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$2,750,000.00              $480,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
50% membership interest in Shinlon, LLC

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.................................................................=>

$1,475,000.00

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

Debtor 1      Zhengang Guo                                                                    Case number *(if known)* _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.............................................................=>** | $0.00

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Household goods and furnishings at 15212 W. 147th, Homer Glen, IL (Joint) | $2,500.00 |
| Household goods and furnishings at 1413 Wesley Court, Westmont, IL (Joint) | $2,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Electronics at 15212 W. 147th, Homer Glen, IL (Joint) | $250.00 |
| Electronics at 1413 Wesley Court, Westmont, IL (Joint) | $1,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Collectibles of value at 1413 Wesley Court, Westmont, IL (Joint) | $2,500.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    Zhengang Guo                                                     Case number *(if known)* _____

| | |
|---|---|
| Clothing | $1,000.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☑ No
   ☐ Yes. Describe.....

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| | |
|---|---|
| | $9,750.00 |

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☑ No
   ☐ Yes...................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Savings x1468 | Cathay Bank  *funds currently frozen due to Citation to Discover Assets* | $2,918.70 |
| 17.2. | Checking x 9305 | US Bank *funds currently frozen due to Citation to Discover Assets* | $25,000.18 |
| 17.3. | Checking x 1350 | US Bank *funds currently frozen due to Citation to Discover Assets* | $5.88 |
| 17.4. | Checking x 0248 | US Bank *funds currently frozen due to Citation to Discover Assets* | $0.00 |
| 17.5. | Checking x9270 | Citibank (joint account with Shirley Jay) | $157.71 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☑ Yes. Give specific information about them...................
   Name of entity:                              % of ownership:

Debtor 1    Zhengang Guo                                                    Case number *(if known)*

| | | | |
|---|---|---|---|
| U.S. China Trading Corporation | 100 | % | $191,250.00 |
| Hampton Fitness Products, Ltd. | 88.89 | % | $1,401,750.00 |
| Life Rising Corporation | 100 | % | $0.00 |
| Nature's Health Corporation | 90 | % | $0.00 |
| Ton Shen Health Corporation | 100 | % | $0.00 |
| Plastic Advance Recycling Corporation | 55 | % | $1,237.50 |
| Sci-Tech Group Corporation | 90 | % | $337.50 |
| South Archer Associates | 3.1000 | % | $0.00 |
| Shinlon, LLC | 50 | % | See Schedule A |
| Polymax Thermoplastic Elastomers, LLC | 11.064 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes. List each account separately.
Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. .....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
☑ Yes.  Give specific information about them...

| Zhengang Guo Revocable Trust dated May 8, 2002 | See Schedule A |
|---|---|

Debtor 1    Zhengang Guo                                                    Case number (if known) _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☐ No
   ☑ Yes.  Give specific information about them...

| Master Guo U.S. Registration No. 3016194, Renewal 4/18/2015 | $1,000.00 |
|---|---|

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☑ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☑ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☑ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☑ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Lincoln Financial Group Policy #48244265 Face Value $630,000.00 (Pacific Global holds security interest in Policy and Cash Value) | Shiow Kiant, Trust | $199,550.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☑ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☑ Yes.  Describe each claim.........

| Life Rising Corporation, Ton Shen Health, Inc., Nature's Health Corporation, and Zhengng Guo v. Yvonne Probst, Eric Sdrenka, and The Law Firm of Sdrenka and Probst 14 L 5633 Circuit Court of Cook County, Illinois Legal Malpractice case | Unknown |
|---|---|

Debtor 1   Zhengang Guo                                                                    Case number *(if known)*

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

$1,823,207.47

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

$0.00

**Part 8:   List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ................................................................. | | $1,475,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $9,750.00 | |
| 58. **Part 4: Total financial assets, line 36** | $1,823,207.47 | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $1,832,957.47   Copy personal property total | $1,832,957.47 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $3,307,957.47 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

**Part 1:     Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 15212 W. 147th Homer Glen, IL 60491 Will County<br>Line from *Schedule A/B*: 1.2 | $258,500.00 | ■ | $258,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-112 |
| 15212 W. 147th Homer Glen, IL 60491 Will County<br>Line from *Schedule A/B*: 1.2 | $258,500.00 | ■ | $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 |
| 15212 W. 147th Homer Glen, IL 60491 Will County<br>Line from *Schedule A/B*: 1.2 | $258,500.00 | ■ | $258,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Household goods and furnishings at 15212 W. 147th, Homer Glen, IL (Joint)<br>Line from *Schedule A/B*: 6.1 | $2,500.00 | ■ | $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Household goods and furnishings at 1413 Wesley Court, Westmont, IL (Joint)<br>Line from *Schedule A/B*: 6.2 | $2,500.00 | ■ | $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Zhengang Guo

_____
Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Electronics at 15212 W. 147th, Homer Glen, IL (Joint)<br>Line from *Schedule A/B*: 7.1 | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Electronics at 1413 Wesley Court, Westmont, IL (Joint)<br>Line from *Schedule A/B*: 7.2 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Clothing<br>Line from *Schedule A/B*: 11.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |

3.  **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☐  No

■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ■  No

   ☐  Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1  BMO Harris Bank**
Creditor's Name

PO Box 6201
Carol Stream, IL 60197
Number, Street, City, State & Zip Code

| | $104,000.00 | $300,000.00 | $0.00 |
|---|---|---|---|

**Describe the property that secures the claim:**

1413 Wesley Court Westmont, IL
60559  DuPage County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Commercial Loan

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____     Last 4 digits of account number   0360

**2.2  Cathay Bank**
Creditor's Name

9650 Flair Drive
El Monte, CA 91731
Number, Street, City, State & Zip Code

| | $367,430.00 | $925,000.00 | $0.00 |
|---|---|---|---|

**Describe the property that secures the claim:**

7882-7890 Quincy Street Willowbrook,
IL 60527  DuPage County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____     Last 4 digits of account number   9167

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Zhengang Guo

| First Name | Middle Name | Last Name |

Case number (if know) _____

---

| 2.3 | Cathay Bank | Describe the property that secures the claim: | $366,841.00 | $193,500.00 | $173,341.00 |

Creditor's Name

665 Pasquinelli Drive Unit 101, 203, 204, 207 Westmont, IL 60559  DuPage County

9650 Flair Drive
El Monte, CA 91731

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   2281

---

| 2.4 | Cathay Bank | Describe the property that secures the claim: | $220,853.00 | $550,000.00 | $0.00 |

Creditor's Name

15212 W. 147th Homer Glen, IL 60491 Will County

9650 Flair Drive
El Monte, CA 91731

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Second Mortgage

Date debt was incurred   May 19, 2006     Last 4 digits of account number   0026

---

| 2.5 | Cathay Bank | Describe the property that secures the claim: | Unknown | $245,000.00 | Unknown |

Creditor's Name

665 Pasquinelli Drive Unit 203, 204 Westmont, IL 60559  DuPage County

9650 Flair Drive
El Monte, CA 91731

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.6 | CitiMortgage | Describe the property that secures the claim: | $17,060.81 | $550,000.00 | $0.00 |

Debtor 1  Zhengang Guo
_____   Case number (if know) _____
First Name      Middle Name      Last Name

| | |
|---|---|
| Creditor's Name | 15212 W. 147th Homer Glen, IL 60491 Will County |
| PO Box 790110 Saint Louis, MO 63179-0110 | **As of the date you file, the claim is:** Check all that apply. |
| Number, Street, City, State & Zip Code | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | ■ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ■ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset)   Second Mortgage |

**Date debt was incurred**   May 22, 2006          **Last 4 digits of account number**   6786

---

| 2.7 CitiMortgage, Inc. | **Describe the property that secures the claim:** | $56,628.00 | $250,000.00 | $0.00 |
|---|---|---|---|---|
| Creditor's Name | 2131 S. Archer Avenue Unit 302 Chicago, IL 60616  Cook County | | | |

| | |
|---|---|
| PO Box 6279 Sioux Falls, SD 57117 | **As of the date you file, the claim is:** Check all that apply. |
| Number, Street, City, State & Zip Code | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | ■ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ■ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) |

**Date debt was incurred** _____   **Last 4 digits of account number**   4064

---

| 2.8 East West Bank | **Describe the property that secures the claim:** | $1,287,781.00 | $2,750,000.00 | $0.00 |
|---|---|---|---|---|
| Creditor's Name | 1913 Portola Ventura, CA 93003 Ventura County | | | |

| | |
|---|---|
| PO Box 60020 City of Industry, CA 91716 | **As of the date you file, the claim is:** Check all that apply. |
| Number, Street, City, State & Zip Code | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | ■ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ■ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) |

**Date debt was incurred** _____   **Last 4 digits of account number**   0099

---

| 2.9 Northstar Mortgage | **Describe the property that secures the claim:** | $207,669.00 | $550,000.00 | $0.00 |
|---|---|---|---|---|

Debtor 1    Zhengang Guo
_____    Case number (if know) _____
First Name        Middle Name        Last Name

| | |
|---|---|
| Creditor's Name | 15212 W. 147th Homer Glen, IL 60491 Will County and Lincoln Financial Group Life Insurance #4824426 |

PO Box 619063
Dallas, TX 75261

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage

Date debt was incurred    October 20, 2005        **Last 4 digits of account number**    2257

---

| 2.10 | Pacific Global Bank | **Describe the property that secures the claim:** | $529,459.00 | $1,050,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 2131 S. Archer Avenue Units 1A, 1B, 1C Chicago, IL 60616  Cook County and Lincoln Financial Group Life Insurance #4824426 | | | |

2323 S. Wentworth
Chicago, IL 60616

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    _____        **Last 4 digits of account number**    4114

---

| 2.11 | Pacific Global Bank | **Describe the property that secures the claim:** | $93,011.00 | $500,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 2125-27 S. Archer Avenue Chicago, IL 60616  Cook County and Lincoln Financial Group Life Insurance #4824426 | | | |

2323 S. Wentworth
Chicago, IL 60616

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    _____        **Last 4 digits of account number**    7607

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Zhengang Guo | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **2.1 2** | **Pacific Global Bank** | **Describe the property that secures the claim:** | $218,792.00 | $1,050,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2131 S. Archer Avenue Units 1B, 1C
Chicago, IL 60616  Cook County

2323 S. Wentworth
Chicago, IL 60616

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    4214

---

| **2.1 3** | **Pacific Global Bank** | **Describe the property that secures the claim:** | $23,309.00 | $0.00 | $23,309.00 |
|---|---|---|---|---|---|

Creditor's Name

2131 S. Archer Avenue Units 1A, 1B,
1C Chicago, IL 60616  Cook County

2323 S. Wentworth
Chicago, IL 60616

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    0307

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,492,833.81 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $3,492,833.81 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 5 of 5

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | Brustin & Lundblad, Ltd. | Last 4 digits of account number _____ | $58,687.59 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 10 N. Dearborn | **When was the debt incurred?** | |
| | 7th Floor | _____ | |
| | Chicago, IL 60602 | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Attorneys fees _____

Debtor 1    Zhengang Guo

Case number (if know)

---

**4.2**    Chase

Nonpriority Creditor's Name

Cardmember Services
PO Box 1423
Charlotte, NC 28201

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

| Last 4 digits of account number | 8525 | | $312.18 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit card

---

**4.3**    Chase

Nonpriority Creditor's Name

Cardmember Services
PO Box 1423
Charlotte, NC 28201

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

| Last 4 digits of account number | 2358 | | $665.47 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit card

---

**4.4**    Chase

Nonpriority Creditor's Name

Cardmember Services
PO Box 1423
Charlotte, NC 28201

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

| Last 4 digits of account number | 3211 | | $126.99 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit card

---

Debtor 1    Zhengang Guo

Case number (if know)

---

| 4.5 | Chase | Last 4 digits of account number | 3653 | $11,367.41 |

Nonpriority Creditor's Name
Cardmember Services
PO Box 1423
Charlotte, NC 28201

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card

---

| 4.6 | Chase | Last 4 digits of account number | 6404 | $929.98 |

Nonpriority Creditor's Name
Cardmember Services
PO Box 1423
Charlotte, NC 28201

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card

---

| 4.7 | Food and Drug Administration | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
c/o Nicholas Lyons, Director of Compliance
20 N. Michigan Avenue, Suite 510
Chicago, IL 60602

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Import, assembly, and sale of herbal products

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   Zhengang Guo

Case number (if know) _____

---

| 4.8 | Fred Jay | | Last 4 digits of account number _____ | $150,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
11646 SW Royal Villa Drive
Tiger, OR 97224

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Personal Loan

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 4.9 | Huaxiang Li | | Last 4 digits of account number _____ | $398,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
6403 St. James Court
Burr Ridge, IL 60527

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Personal Loan

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 4.10 | Jen-Ku Chang | | Last 4 digits of account number _____ | $300,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
1027 Amberwood Circle
Naperville, IL 60563

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Personal Loan

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

Debtor 1    Zhengang Guo

Case number (if know) _____

---

| 4.1 | Richard Davis, Special Admin. of | | See Richard Davis |
| 1 | Estate of Dolores Drury, Deceased | Last 4 digits of account number _____ | Below |

Nonpriority Creditor's Name
c/o Markoff Law LLC
29 N. Wacker Drive, #550
Chicago, IL 60606

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  NOTICE ONLY
08 L 14411
Richard Davis, Special Admin. of the Estate of
Dolores Drury, Deceased

---

| 4.1 | Mohsen Edalat | | $200,000.00 |
| 2 | | | |

Nonpriority Creditor's Name
1101 Juniper Terrace
Glenview, IL 60025

Number Street City State Zip Code

Last 4 digits of account number _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Personal loan

---

| 4.1 | Richard Davis, Special Admin. of | | $3,817,228.00 |
| 3 | Estate of Dolores Drury, Deceased | | |

Nonpriority Creditor's Name
c/o Niemeyer Grebel Kruse
10 S. Broadway #1125
Saint Louis, MO 63102

Number Street City State Zip Code

Last 4 digits of account number _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  2008 L 14411

---

Debtor 1    Zhengang Guo                                                    Case number (if know)

| 4.1 4 | Scott Varley | Last 4 digits of account number | $50,000.00 |

**4.1 4**

Scott Varley
Nonpriority Creditor's Name
750 Fletcher Drive
Elgin, IL 60123
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____    $50,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Personal Loan

**4.1 5**

Zhaoyuan Meng
Nonpriority Creditor's Name
18 ShuangQioaDong Lu, Apt 1137
ChaoYang District
BEIJING, CHINA
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____    $7,468,550.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Personal Loan

**4.1 6**

Zhenxia Guo
Nonpriority Creditor's Name
1228 Hanover Street
Woodridge, IL 60517
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____    $77,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Personal Loan

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | **Total Claim** |

Debtor 1    Zhengang Guo    Case number (if know)

| | | | | | |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | Total Claim | |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 12,532,867.62 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 12,532,867.62 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Brustin & Lundblad, Ltd.<br>10 N. Dearborn<br>7th Floor<br>Chicago, IL 60602 | Retainer agreement for legal services dated November 14, 2013. |
| 2.2 | Hampton Fitness Products, Ltd.<br>1913 Portola<br>Ventura, CA 93003 | Commercial lease for tenant office and parking space through December 31, 2017 for $23,966.00 per month. |
| 2.3 | InspirFit, LLC<br>7890 S. Quincy Street<br>Willowbrook, IL 60527 | Industrial building lease through February 28, 2022 for the following amounts: $1,698.38 per month through February 28, 2018; $1,748.25 per month through February 28, 2019; $1,800.75 per month through February 28, 2020; $1,855.88 per month through February 28, 2021; and $1,911.00 per month through February 28, 2022. |
| 2.4 | Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | Commercial lease ending May 31, 2023 for $9,600.00 per month. |
| 2.5 | R.M. Post Realtors<br>15426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 7882-90 Quincy Street, Willowbrook, IL 60527 |
| 2.6 | R.M. Post Realtors<br>15426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 21`31 S. Archer Avenue #ABC, Chicago, IL 60616 |
| 2.7 | R.M. Post Realtors<br>105426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 2125-27 S. Archer Avenue, Chicago, IL 60616 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Zhengang Guo

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.8   R.M. Post Realtors<br>15426 S 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 2131 S. Archer, #302, Chicago, IL 60616 |
| 2.9   R.M. Post Realtors<br>15426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 665 Pasquinelli Drive, #101, Westmont, IL 60559 |
| 2.10   R.M. Post Realtors<br>15426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 665 Pasquinelli Drive, #210, Westmont, IL 60559 |
| 2.11   R.M. Post Realtors<br>15426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 665 Paquinelli Drive, Unit 207, Westmont, IL 60559 |
| 2.12   R.M. Post Realtors<br>15426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 665 Pasquinelli Drive, Units 203/204, Westmont, IL 60559 |
| 2.13   R.M. Post Realtors<br>15426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 665 Pasquinelli Drive, #209, Westmont, IL 60559 |
| 2.14   R.M. Post Realtors<br>15426 S. 70th Court<br>Orland Park, IL 60462 | Listing agreement with R.M. Post Realtors for 1413 Wesley Court, Westmont, IL 60559 |
| 2.15   Shiow Kiang<br>1413 Wesley Court<br>Westmont, IL 60559 | Office and warehouse lease agreement ending 12/31/2024 for $6,600.00 per month. |
| 2.16   Ton Shen Health Corporation<br>2131 S. Archer Avenue<br>Suite A, B, C<br>Chicago, IL 60616 | Office lease agreement through December 31, 2019 for $2,360.00 per month. |
| 2.17   Ton Shen Health Corporation<br>665 Pasquinelli Drive<br>Unit 203/204<br>Westmont, IL 60559 | Office lease agreement through December 31, 2019 for $4,360.00 per month. |
| 2.18   Ton Shen Health Corporation<br>2131 S. Archer Avenue<br>Unit A, B, C<br>Chicago, IL 60616 | Office lease through December 31, 2023 for the following amounts: $6,300.00 per month through December 31, 2018; $8,300.00 per month through December 31, 2023. |
| 2.19   Ton Shen Health Corporation<br>2125-2127 S. Archer Avenue<br>Chicago, IL 60616 | Parking lot lease through December 31, 2023 for the following amounts: $2,000.00 per month through December 31, 2018; $3,000.00 per month through December 31, 2023. |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Zhengang Guo _____    Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.20  Ton Shen Health Corporation<br>2131 S. Archer<br>Unit 302<br>Chicago, IL 60616 | Office lease agreement through December 31, 2014 for $1,560.00 per month. |
| 2.21  US China Trading Corporation<br>1913 Portola<br>Ventura, CA 93003 | Commercial lease for tenant warehouse storage space through December 31, 2016 for $21,000.00 per month. |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1      Zhengang Guo
_____
First Name          Middle Name          Last Name

Debtor 2      _____
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number   _____
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | ■ Schedule D, line   2.10<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.2   Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | ■ Schedule D, line   2.12<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.3   Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | ■ Schedule D, line   2.13<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | Zhengang Guo | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | ■ Schedule D, line ___2.2___<br>□ Schedule E/F, line _____<br>□ Schedule G _____<br>Cathay Bank |
| 3.5 | Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | □ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>□ Schedule G _____<br>Chase |
| 3.6 | Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | □ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>□ Schedule G _____<br>Richard Davis, Special Admin. of Es |
| 3.7 | Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | □ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>□ Schedule G _____<br>Markoff Law LLC |
| 3.8 | Life Rising Corporation<br>7884 Quincy Avenue<br>Willowbrook, IL 60527 | □ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>□ Schedule G _____<br>Brustin & Lundblad, Ltd. |
| 3.9 | Nature's Health Corporation<br>2131 S. Archer Avenue<br>Chicago, IL 60616 | □ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>□ Schedule G _____<br>Richard Davis, Special Admin. of Es |
| 3.10 | Nature's Health Corporation<br>2131 S. Archer Avenue<br>Chicago, IL 60616 | □ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>□ Schedule G _____<br>Markoff Law LLC |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Zhengang Guo | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11  Nature's Health Corporation<br>2131 S. Archer Avenue<br>Chicago, IL 60616 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>Brustin & Lundblad, Ltd. |
| 3.12  Shinlon, LLC<br>3817 Lincoln Road<br>Santa Barbara, CA 93110 | ☑ Schedule D, line __2.8__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>East West Bank |
| 3.13  Shiow Kaing<br>15212 W. 147th<br>Homer Glen, IL 60491 | ☑ Schedule D, line __2.10__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.14  Shiow Kaing<br>15212 W. 147th<br>Homer Glen, IL 60491 | ☑ Schedule D, line __2.12__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.15  Shiow Kaing<br>15212 W. 147th<br>Homer Glen, IL 60491 | ☑ Schedule D, line __2.13__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.16  Shiow Kaing<br>15212 W. 147th<br>Homer Glen, IL 60491 | ☑ Schedule D, line __2.11__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.17  Shiow Kaing<br>15212 W. 147th<br>Homer Glen, IL 60491 | ☑ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Cathay Bank |

Debtor 1    Zhengang Guo _____        Case number *(if known)* _____

▮  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.18    Shiow Kaing
        15212 W. 147th
        Homer Glen, IL 60491

■ Schedule D, line ___2.2___
☐ Schedule E/F, line _____
☐ Schedule G _____
Cathay Bank

3.19    Shiow Kaing
        15212 W. 147th
        Homer Glen, IL 60491

■ Schedule D, line ___2.4___
☐ Schedule E/F, line _____
☐ Schedule G _____
Cathay Bank

3.20    Shiow Kaing
        15212 W. 147th
        Homer Glen, IL 60491

■ Schedule D, line ___2.9___
☐ Schedule E/F, line _____
☐ Schedule G _____
Northstar Mortgage

3.21    Shiow Kaing
        15212 W. 147th
        Homer Glen, IL 60491

■ Schedule D, line ___2.5___
☐ Schedule E/F, line _____
☐ Schedule G _____
Cathay Bank

3.22    Shiow Kaing
        15212 W. 147th
        Homer Glen, IL 60491

■ Schedule D, line ___2.6___
☐ Schedule E/F, line _____
☐ Schedule G _____
CitiMortgage

3.23    Shiow Kaing
        15212 W. 147th
        Homer Glen, IL 60491

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
First Merit Bank, N.A. as successor

3.24    Shiow Kiang
        1413 Wesley Court
        Westmont, IL 60559

■ Schedule D, line ___2.7___
☐ Schedule E/F, line _____
☐ Schedule G _____
CitiMortgage, Inc.

| Debtor 1 | Zhengang Guo | Case number *(if known)* | |
|---|---|---|---|

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.25 | Shirley Jay<br>3817 Lincoln Road<br>Santa Barbara, CA 93110 | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Cathay Bank |
| 3.26 | Shirley Jay<br>3817 Lincoln Road<br>Santa Barbara, CA 93110 | ■ Schedule D, line ___2.8___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>East West Bank |
| 3.27 | Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ■ Schedule D, line ___2.10___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.28 | Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ■ Schedule D, line ___2.12___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.29 | Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ■ Schedule D, line ___2.13___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Pacific Global Bank |
| 3.30 | Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Chase |
| 3.31 | Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>Chase |

| Debtor 1 | Zhengang Guo | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32 Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Richard Davis, Special Admin. of Es |
| 3.33 Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Markoff Law LLC |
| 3.34 Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>First Merit Bank, N.A. as successor |
| 3.35 Ton Shen Health Corporation<br>2131 S Archer<br>Unit 1A<br>Chicago, IL 60616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>Brustin & Lundblad, Ltd. |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | Accupuncturist | Consultant |
| | Employer's name | Life Rising | AmeriAsia Financial |
| | Employer's address | 7884 Quincy<br>Willowbrook, IL 60527 | 2131 S Archer Unit 1A<br>Chicago, IL 60616 |
| | How long employed there? | 31 years | 30 years |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $    7,222.67 | $    3,750.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$    0.00 | +$    0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $    7,222.67 | $    3,750.00 |

Case 16-32560    Doc 1    Filed 10/12/16    Entered 10/12/16 14:10:24    Desc Main
Document    Page 53 of 106

Debtor 1  Zhengang Guo                                           Case number (if known) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** ............. | 4. | $ | 7,222.67 | $ 3,750.00 |
| 5. **List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | 4,238.33 | $ 875.76 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ | 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ | 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ | 0.00 | $ 0.00 |
| 5h. **Other deductions. Specify:** _____ | 5h.+ | $ | 0.00 + | $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 4,238.33 | $ 875.76 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 2,984.34 | $ 2,874.24 |
| 8. **List all other income regularly received:** | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | -20,490.87 | $ -541.12 |
| 8b. **Interest and dividends** | 8b. | $ | 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ | 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ | 2,418.70 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ | 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ | 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** _____ | 8h.+ | $ | 0.00 + | $ 0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | -18,072.17 | $ -541.12 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ -15,087.83 | + $ 2,333.12 | = $ -12,754.71 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____                                                                   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies                    12. $ -12,754.71

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: Due to the Citation to Discover Assets, properties at Quincy, Pasquinelli, and Archer are no longer collecting rent.

## RENT ROLL

**PROPERTY ADDRESS:**          7882 Quincy, Willowbrook, IL 60527

| TENANT NAME | UNIT | DATE | Monthly Rent Amunt | Comment |
|---|---|---|---|---|
| U S China Trading Corp | | 4/1/2016 | $6,600.00 | |
| U S China Trading Corp | | 5/1/2016 | $6,600.00 | |
| U S China Trading Corp | | 6/1/2016 | $6,600.00 | |
| U S China Trading Corp | | 7/1/2016 | $6,600.00 | |
| U S China Trading Corp | | 8/1/2016 | $6,600.00 | |
| U S China Trading Corp | | 9/1/2016 | $6,600.00 | |

# RENT ROLL

**PROPERTY ADDRESS:**          7884/7886/7888 Quincy, Willowbrook, IL 60527

| TENANT NAME | UNIT | DATE | Monthly Rent Amunt | Comment |
|---|---|---|---|---|
| Life Rising Corp | | 4/1/2016 | $9,600.00 | |
| Life Rising Corp | | 5/1/2016 | $9,600.00 | |
| Life Rising Corp | | 6/1/2016 | $9,600.00 | |
| Life Rising Corp | | 7/1/2016 | $9,600.00 | |
| Life Rising Corp | | 8/1/2016 | $0.00 | |
| Life Rising Corp | | 9/1/2016 | $0.00 | |

***NO LONGER COLLECTING RENT DUE TO CITATION TO DISCOVER ASSETS ON 7886, 7888 QUINCY***
***NEW TENANT AS OF NOVEMBER 1, 2016 HOLICARE, LLC PAYING $2,000.00 PER MONTH***

## RENT ROLL

**PROPERTY ADDRESS:**    7890 Quincy, Willowbrook, IL 60527

| TENANT NAME | UNIT | DATE | Monthly Rent Amount | Comment |
|---|---|---|---|---|
| N/A | | 4/1/2016 | $0.00 | vacant |
| N/A | | 5/1/2016 | $0.00 | vacant |
| N/A | | 6/1/2016 | $0.00 | vacant |
| N/A | | 7/1/2016 | $0.00 | vacant |
| N/A | | 8/1/2016 | $0.00 | vacant |
| InspirFit, LLC | | 9/1/2016 | $0.00 | New tenant with 1st 6 months rent abated |

Zhenang Guo
Bankruptcy Case No.:
November 2016 Cash Collateral

| Income | Amount |
|---|---|
| 7882 Quincy, Willowbrook, Illinois | $ 6,600.00 |
| 7888 Quincy, Willowbrook, Illinois | $ 2,000.00 |
| Total Income | $ 8,600.00 |

| Expenses | Amount |
|---|---|
| Cathay Bank | $ 2,805.60 |
| Property Insurance | $   421.33 |
| Real Estate Tax | $   782.52 |
| ADT Security | $    20.00 |
| DuPage County Work | $    75.00 |
| Waste Management, Water, Electric, Fuel | $   965.22 |
| Lanscaping, Snow Removal | $   245.36 |
| Total Expenses | $ 5,315.03 |

| | |
|---|---|
| Monthly Net Income | $ 1,284.97 |

## RENT ROLL

**PROPERTY ADDRESS:** 665 Pasquinelli Drive, Unit 101, Westmont, IL 60559

| TENANT NAME | UNIT | DATE | | Monthly Rent Amunt |
|---|---|---|---|---|
| Ton Shen Health Inc | | | 4/1/2016 | $2,360.00 |
| Ton Shen Health Inc | | | 5/1/2016 | $2,360.00 |
| Ton Shen Health Inc | | | 6/1/2016 | $2,360.00 |
| Ton Shen Health Inc | | | 7/1/2016 | $2,360.00 |
| Ton Shen Health Inc | | | 8/1/2016 | $2,360.00 |
| Ton Shen Health Inc | | | 9/1/2016 | $2,360.00 |

****NO LONGER COLLECTING RENT DUE TO CITATION TO DISCOVER ASSETS****

## RENT ROLL

**PROPERTY 665 Pasquinelli Drive, Unit 203/204, Westmont, IL  60559**

| TENANT N/ UNIT | DATE | Monthly Rent Amunt |
|---|---|---|
| Ton Shen Health Inc | 4/1/2016 | $4,360.00 |
| Ton Shen Health Inc | 5/1/2016 | $4,360.00 |
| Ton Shen Health Inc | 6/1/2016 | $4,360.00 |
| Ton Shen Health Inc | 7/1/2016 | $4,360.00 |
| Ton Shen Health Inc | 8/1/2016 | $4,360.00 |
| Ton Shen Health Inc | 9/1/2016 | $4,360.00 |

***NO LONGER COLLECTING RENT DUE TO CITATION TO DISCOVER ASSETS***

## RENT ROLL

**PROPERTY ADDRESS:**   665 Pasquinelli Drive, Unit 207, Westmont, IL 60559

| TENANT NAME | UNIT | DATE | Monthly Rent Amunt | Comment |
|---|---|---|---|---|
| Ton Shen Health Inc | | 4/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 5/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 6/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 7/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 8/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 9/1/2016 | $0.00 | vacant |

***NO LONGER COLLECTING RENT DUE TO CITATION TO DISCOVER ASSETS***

# RENT ROLL

**PROPERTY ADDRESS:**     **665 Pasquinelli Drive, Unit 209, Westmont, IL 60559**

| TENANT NAME | UNIT | DATE | Monthly Rent Amunt | Comment |
|---|---|---|---|---|
| Ton Shen Health Inc | | 4/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 5/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 6/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 7/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 8/1/2016 | $0.00 | vacant |
| Ton Shen Health Inc | | 9/1/2016 | $0.00 | vacant |

***NO LONGER COLLECTING RENT DUE TO CITATION TO DISCOVER ASSETS***

# RENT ROLL

**PROPERTY ADDRESS:**                **665 Pasquinelli Drive, Unit 210, Westmont, IL 60559**

| TENANT NAME | UNIT | DATE | Monthly Rent Amunt |
|---|---|---|---|
| Ton Shen Health Inc | | 4/1/2016 | $1,360.00 |
| Ton Shen Health Inc | | 5/1/2016 | $1,360.00 |
| Ton Shen Health Inc | | 6/1/2016 | $1,360.00 |
| Ton Shen Health Inc | | 7/1/2016 | $1,360.00 |
| Ton Shen Health Inc | | 8/1/2016 | $1,360.00 |
| Ton Shen Health Inc | | 9/1/2016 | $1,360.00 |

***NO LONGER COLLECTING RENT DUE TO CITATION TO DISCOVER ASSETS***

# RENT ROLL

**PROPERTY ADDRESS:**   2131 South Archer, Unit #1A/1B/1C, Chicago, IL 60616
2125-2127 South Archer, Chicago, IL 60616

| TENANT NAME | UNIT | DATE | Monthly Rent Amunt |
|-------------|------|------|--------------------|
| Ton Shen Health Inc | | 4/1/2016 | $8,300.00 |
| Ton Shen Health Inc | | 5/1/2016 | $8,300.00 |
| Ton Shen Health Inc | | 6/1/2016 | $8,300.00 |
| Ton Shen Health Inc | | 7/1/2016 | $8,300.00 |
| Ton Shen Health Inc | | 8/1/2016 | $8,300.00 |
| Ton Shen Health Inc | | 9/1/2016 | $0.00 |

***NO LONGER COLLECTING RENT DUE TO CITATION TO DISCOVER ASSETS***

## RENT ROLL

**PROPERTY ADDRESS:**        **2131 South Archer, Unit 302, Chicago, IL 60616**

| TENANT NAME | UNIT | DATE | Monthly Rent Amunt |
|---|---|---|---|
| Ton Shen Health Inc | | 4/1/2016 | $1,560.00 |
| Ton Shen Health Inc | | 5/1/2016 | $1,560.00 |
| Ton Shen Health Inc | | 6/1/2016 | $1,560.00 |
| Ton Shen Health Inc | | 7/1/2016 | $1,560.00 |
| Ton Shen Health Inc | | 8/1/2016 | $1,560.00 |
| Ton Shen Health Inc | | 9/1/2016 | $1,560.00 |

***NO LONGER COLLECTING RENT DUE TO CITATION TO DISCOVER ASSETS***

Zhenang Guo
Bankruptcy Case No.:
November 2016 Cash Collateral

| Income | Amount |
|---|---|
| 7882 Quincy, Willowbrook, Illinois | $ 6,600.00 |
| 7888 Quincy, Willowbrook, Illinois | $ 2,000.00 |
| Total Income | $ 8,600.00 |

| Expenses | Amount |
|---|---|
| Cathay Bank | $ 2,805.60 |
| Property Insurance | $   421.33 |
| Real Estate Tax | $   782.52 |
| ADT Security | $    20.00 |
| DuPage County Work | $    75.00 |
| Waste Management, Water, Electric, Fuel | $   965.22 |
| Lanscaping, Snow Removal | $   245.36 |
| Total Expenses | $ 5,315.03 |

| Monthly Net Income | $ 1,284.97 |
|---|---|

# MONTHLY RENT & EXPENSES

**PROPERTY ADDRESS:  665 Pasquinelli Drive, Unit 101, Westmont, IL 60559**

| | | |
|---|---|---|
| **Monthly Rent** | | $0.00 |
| **Expenses-** | | |
| Mortgage payment | | **$1,072.50** |
| Real Estate Tax | | **$495.78** |
| Property Insurance | | |
| Waste Management | | |
| Water | | |
| Electricity | | **$120.00** |
| Heating Fuel | | |
| Assessment | | **$586.09** |
| | **Sub-Total:** | **$2,274.37** |
| **Balance** | | ($2,274.37) |

# MONTHLY RENT & EXPENSES

**PROPERTY ADDRESS:**    665 Pasquinelli Drive, Unit 203/204, Westmont, IL  60559

| | | |
|---|---|---:|
| **Monthly Rent** | | $0.00 |
| **Expenses-** | | |
| Mortgage payment | | $2,145.00 |
| Real Estate Tax | | $1,094.59 |
| Property Insurance | | $40.00 |
| Waste Management | | |
| Water | | |
| Electricity | | $550.00 |
| Heating Fuel | | |
| Assessment | | $1,101.07 |
| | **Sub-Total:** | $3,829.59 |
| **Balance** | | ($3,829.59) |

## MONTHLY RENT & EXPENSES

**PROPERTY ADDRESS:**   665 Pasquinelli Drive, Unit 207, Westmont, IL 60559

| | | |
|---|---|---|
| **Monthly Rent** | | $0.00 |
| **Expenses-** | | |
| Mortgage payment | $1,072.50 | |
| Real Estate Tax | $375.81 | |
| Property Insurance | | |
| Waste Management | | |
| Water | | |
| Electricity | $50.00 | |
| Heating Fuel | | |
| Assessment | $398.09 | |
| **Sub-Total:** | $1,896.40 | |
| **Balance** | | -$1,896.40 |

## MONTHLY RENT & EXPENSES

**PROPERTY ADDRESS:**          665 Pasquinelli Drive, Unit 209, Westmont, IL 60559

| | | |
|---|---|---|
| **Monthly Rent** | | $0.00 |
| **Expenses-** | | |
| Mortgage payment | $0.00 | |
| Real Estate Tax | $327.12 | |
| Property Insurance | $40.00 | |
| Waste Management | | |
| Water | | |
| Electricity | $80.00 | |
| Heating Fuel | | |
| Assessment | $469.98 | |
| **Sub-Total:** | $917.10 | |
| **Balance** | | -$917.10 |

# MONTHLY RENT & EXPENSES

**PROPERTY ADDRESS:**   665 Pasquinelli Drive, Unit 210, Westmont, IL 60559

| | |
|---|---|
| **Monthly Rent** | $0.00 |
| **Expenses-** | |
| Mortgage payment | $0.00 |
| Real Estate Tax | $342.53 |
| Property Insurance | $40.00 |
| Waste Management | |
| Water | |
| Electricity | $40.00 |
| Heating Fuel | |
| Assessment | $387.05 |
| **Sub-Total:** | $809.58 |
| **Balance** | ($809.58) |

## MONTHLY RENT & EXPENSES

**PROPERTY ADDRESS:**            2131 South Archer, Unit #1A/1B/1C, Chicago, IL 60616
                                 2125-2127 South Archer, Chicago, IL 60616

| | | |
|---|---|---|
| **Monthly Rent** | | $0.00 |
| **Expenses-** | | |
| Mortgage payment - Pacific Global - 2131 S Archer,1B/1C - x4114 | | $6,803.89 |
| Mortgage payment - Pacific Global - 2131 S Archer,1B/1C -x4214 | | $6,906.72 |
| Mortgage payment - Pacific Global -2125-2127 S Archer -x7606 | | $8,500.00 |
| Real Estate Tax | | $2,084.43 |
| Property Insurance | | $40.00 |
| Waste Management | | $90.00 |
| Water | | |
| Electricity | | $500.00 |
| Heating Fuel | | $200.00 |
| Assessment | | |
| | **Sub-Total** | **$25,125.04** |
| **Balance** | | ($25,125.04) |

# MONTHLY RENT & EXPENSES

**PROPERTY ADDRESS:** 2131 South Archer, Unit 302, Chicago, IL 60616

|  |  |  |
|---|---|---|
| Monthly Rent |  | $0.00 |
| Expenses- |  |  |
| Mortgage payment |  | $2,272.78 |
| Real Estate Tax |  | $279.60 |
| Property Insurance |  |  |
| Waste Management |  |  |
| Water |  |  |
| Electricity |  | $40.00 |
| Heating Fuel |  | $55.00 |
| Assessment |  | $231.39 |
|  | Sub-Total: | $2,878.77 |
| Balance |  | ($2,878.77) |

Fill in this information to identify your case:

Debtor 1 _____Zhengang Guo_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS_

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4. $          4,575.00

**If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $  1,030.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $   127.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $    50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $     0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $  1,231.00 |

Debtor 1    Zhengang Guo                                    Case number (if known)

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 155.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 50.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 106.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 650.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 345.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. | $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 145.83 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 700.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 92.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify:   California Estimated Income Taxes | | 16. | $ | 525.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 432.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 1,383.00 |
| | 20b. | Real estate taxes | 20b. | $ | 619.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 105.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 50.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify:   Motor Club | 21. | +$ | 21.00 |
| | Furnace Maintenance | | | +$ | 14.00 |
| | Security System | | | +$ | 14.00 |
| | Utilities | | | +$ | 163.00 |
| | HVAC Maintenance | | | +$ | 16.00 |
| | Water/Garbage | | | +$ | 175.00 |
| | Landscaping Maintenance | | | +$ | 63.00 |
| | Cable (basic) | | | +$ | 80.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 13,416.83 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 13,416.83 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | -12,754.71 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 13,416.83 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. | $ | -26,171.54 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.      Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X  /s/ Zhengang Guo | X |
|---|---|
| Zhengang Guo | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date  October 12, 2016 | Date |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Zhengang Guo |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                          4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $75,838.00 | ■ Wages, commissions, bonuses, tips | $33,750.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    Zhengang Guo _____    Case number (if known) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $186,690.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $191,734.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental real estate, royalties, partnerships, S Corporations, trusts, etc. | $241,010.00 | | |
| | SSI Benefits | $21,768.30 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2015 )** | Interest / Dividends | $1,408.00 | | |
| | Tax Refund | $8,188.00 | | |
| | Capital Gain (Or Loss) | $99,052.00 | | |
| | Pensions and Annuities | $7,497.00 | | |
| | Rental real estate, royalties, partnerships, S Corporations, trusts, etc. | $79,959.00 | | |
| | SSI Benefits | $32,836.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | Interest / Dividends | $57,036.00 | | |
| | Tax Refund | $14,586.00 | | |
| | Capital Gain (Or Loss) | $68.00 | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Zhengang Guo _____     Case number (*if known*) _____

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|
| Pensions and Annuities | $6,893.00 | | |
| Rental real estate, royalties, partnerships, S Corporations, trusts, etc. | $127,647.00 | | |
| SSI Benefits | $31,594.00 | | |
| Qualified State Tuition Program from 1099-Q | $293.00 | | |

**Part 3:     List Certain Payments You Made Before You Filed for Bankruptcy**

6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

■   No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐   No.    Go to line 7.

■   Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐   Yes.   Debtor 1 or Debtor 2 or both have primarily consumer debts.
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.    Go to line 7.

☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| DuPage County Collector 421 N. County Farm Road Wheaton, IL 60187 | September 2016 | $7,731.94 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other Real Estate Tax |
| Will County Collector PO Box 5000 Joliet, IL 60434 | September 2016 | $8,405.40 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other Real estate taxes |

Debtor 1    Zhengang Guo _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Cathay Bank<br>9650 Flair Drive<br>El Monte, CA 91731 | July, August, September 2016 | $12,870.00 | $366,841.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Cathay Bank<br>9650 Flair Drive<br>El Monte, CA 91731 | July, August, September 2016 | $3,910.32 | $220,853.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Northstar Mortgage<br>PO Box 619063<br>Dallas, TX 75261 | August, September 2016 | $9,151.34 | $207,669.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Pacific Global Bank<br>2323 S. Wentworth<br>Chicago, IL 60616 | July, August, September 2016 | $24,321.57 | $529,459.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Pacific Global Bank<br>2323 S. Wentworth<br>Chicago, IL 60616 | August, September 2016 | $20,782.45 | $93,011.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Zhengang Guo | | Case number *(if known)* |
|---|---|---|---|

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Richard Davis v. Life Rising Corporation, et al.<br>2008 L 14411 | Personal Injury (Product Liability) | Cook County Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Richard Davis v. Life Rising Corporation, et al.<br>16-1358 | Personal Injury (Product Liability) | Illinois Appellate Court, First District | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Life Rising Corporation, Ton Shen Health, Inc., Nature's Health Corporation, and Zhengng Guo v. Yvonne Probst, Eric Sdrenka, and The Law Firm of Sdrenka and Probst<br>14 L 5633 | Medical Malpractice | Circuit Court of Cook County, Law | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Zhengang Guo                                                                Case number *(if known)*

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Han Jay<br>754 Alameda Padre Serra<br>Santa Barbara, CA 93103<br><br>Person's relationship to you: | Gift | December 2014 | $7,000.00 |
| Jeremy Jay<br>1402 Santa Rosa<br>Santa Barbara, CA 93109<br><br>Person's relationship to you: | Gift | December 2014 | $14,000.00 |
| Shirley Jay<br>3817 Lincoln Road<br>Santa Barbara, CA 93110<br><br>Person's relationship to you: | Gift | January 2015 | $14,000.00 |

14.  Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15.  Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16.  Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Golan & Christie LLP<br>70 West Madison<br>Suite 1500<br>Chicago, IL 60602<br>Hopestream North America Corporation | Bankruptcy related services | October 2016 | $15,000.00 |

Debtor 1     Zhengang Guo                                               Case number *(if known)*

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| CredAbility 270 Peachtree Street, NW Suite 1800 Atlanta, GA 30303 | Credit counseling services | October 2016 | $20.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**     List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| U.S. Bank | XXXX-2174 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | September 2016 | $364.00 |
| Cathay Bank | XXXX-1458 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | September 2016 | $0.00 |

Debtor 1    Zhengang Guo                                        Case number *(if known)*

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.** Have you notified any governmental unit of any release of hazardous material?

☐ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1    Zhengang Guo

Case number (*if known*)

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| 7884 Quincy<br>Willowbrook, IL 60527 | Food and Drug Administration<br>c/o Nicholas Lyons, Chicago Office<br>20 N. Michigan Avenue, Suite 510<br>Chicago, IL 60602 | | 5/13/2016 |
| 2131 S. Archer<br>Des Plaines, IL 60016 | Food and Drug Administration<br>c/o Nicholas Lyons, Chicago Office<br>20 N. Michigan Avenue, Suite 510<br>Chicago, IL 60602 | | 5/13/2016 |
| 665 Pasquinelli Drive<br>Unit 101, 203, 204<br>Westmont, IL 60559 | Food and Drug Administration<br>c/o Nicholas Lyons, Chicago Office<br>20 N. Michigan Avenue, Suite 510<br>Chicago, IL 60602 | | 5/13/2016 |
| 3100 Dundee Road<br>Unit 402<br>Northbrook, IL 60062 | Food and Drug Administration<br>c/o Nicholas Lyons, Chicago Office<br>20 N. Michigan Avenue, Suite 510<br>Chicago, IL 60602 | | 5/13/2016 |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Debtor 1    Zhengang Guo

Case number *(if known)*

☐  **No. None of the above applies.  Go to Part 12.**

■  **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| U.S. China Trading Corporation<br>7884 Quincy<br>Willowbrook, IL 60527 | Fitness products importer<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    36-3576222<br><br>From-To   1998 - Present |
| Hampton Fitness Products, Ltd.<br>3817 Lincoln Road<br>Santa Barbara, CA 93110 | Distribute fitness products<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    20-8273926<br><br>From-To   1996 - Present |
| Life Rising Corporation<br>7884 Quincy<br>Willowbrook, IL 60527 | Importer of herbal products and<br>wholesale manufacturer<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    36-3371973<br><br>From-To   1985 - Present |
| Nature's Health Corporation<br>2131 S. Archer Avenue<br>Chicago, IL 60616 | Sale of herbal products wholesale<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    36-4348466<br><br>From-To   2000 - Present |
| Ton Shen Health Corporation<br>2131 S. Archer<br>Unit 1A<br>Chicago, IL 60616 | Accupuncture clinic and retail sale of<br>herbs<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    36-4054788<br><br>From-To   1995 - Present |
| Plastic Advantage Recycling<br>Corporation<br>7886 Quincy<br>Willowbrook, IL 60527 | Research and development of<br>plastic products<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    36-4089065<br><br>From-To   1996 - Present |
| Sci-Tech Group Corporation<br>7884 Quincy<br>Willowbrook, IL 60527 | Research air compression products<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    75-3085624<br><br>From-To   2002 - Present |
| South Archer Associates<br>401 N. Michigan Avenue<br>Suite 525<br>60611 | Real estate management and<br>ownership of restaurant (3.100%<br>interest)<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    36-3515390<br><br>From-To   1996 - 2015 |
| Polymax Thermoplastic Elastomers,<br>LLC<br>3210 Oak Grove Avenue<br>Unit A<br>Waukegan, IL 60087 | Manufactures elastic materials<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:    46-3189265<br><br>From-To   2014 - Present |

Debtor 1    Zhengang Guo                                                      Case number *(if known)*

| Business Name Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| Shinlon, LLC<br>3817 Lincoln Road<br>Santa Barbara, CA 93110 | Single asset real estate company holding the property 1913 Portola, Ventura, CA<br><br>Vincent Kuan<br>Kalamazoo, MI | EIN:     20-1007906<br><br>From-To   2004 - Present |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

�■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Zhengang Guo
_____
Zhengang Guo
**Signature of Debtor 1**

**Signature of Debtor 2**

Date    October 12, 2016                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☐■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1 ___Zhengang Guo___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  ___Northern District of Illinois___

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income

12/15

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 7,222.67 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | **Copy here ->** | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 29,556.67 | | | |
| Ordinary and necessary operating expenses | -$ | 50,047.54 | | | |
| Net monthly income from rental or other real property | $ 0.00 | | **Copy here ->** $ 0.00 | $ |

Debtor 1    Zhengang Guo

Case number (*if known*) _____

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |
| | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| | For you ............................................................ $ 0.00 | | |
| | For your spouse ............................................. $ | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. | | |
| | If necessary, list other sources on a separate page and put the total below. | | |
| | _____ | $ | $ |
| | _____ | $ 0.00 | $ |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**
    Add lines 2 through 10 for each column.
    Then add the total for Column A to the total for Column B.

    $ 7,222.67   + $ _____   = $ 7,222.67

Debtor 1      Zhengang Guo                                                    Case number (*if known*) _____

---

| Part 2: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  /s/ Zhengang Guo
_____
Zhengang Guo
Signature of Debtor 1

Date  October 12, 2016
_____
MM / DD  / YYYY

---

| Debtor 1 | Zhengang Guo | Case number (*if known*) | |
|---|---|---|---|

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period 04/01/2016 to 09/30/2016.

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Life Rising Corporation
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 04/2016 | $10,834.00 |
| 5 Months Ago: | 05/2016 | $10,834.00 |
| 4 Months Ago: | 06/2016 | $10,834.00 |
| 3 Months Ago: | 07/2016 | $10,834.00 |
| 2 Months Ago: | 08/2016 | $0.00 |
| Last Month: | 09/2016 | $0.00 |
| | Average per month: | $7,222.67 |

Line 6 - Rent and other real property income
Source of Income: Rental Income
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 04/2016 | $34,140.00 | $50,047.54 | $-15,907.54 |
| 5 Months Ago: | 05/2016 | $34,140.00 | $50,047.54 | $-15,907.54 |
| 4 Months Ago: | 06/2016 | $34,140.00 | $50,047.54 | $-15,907.54 |
| 3 Months Ago: | 07/2016 | $34,140.00 | $50,047.54 | $-15,907.54 |
| 2 Months Ago: | 08/2016 | $24,540.00 | $50,047.54 | $-25,507.54 |
| Last Month: | 09/2016 | $16,240.00 | $50,047.54 | $-33,807.54 |
| | Average per month: | $29,556.67 | $50,047.54 | |
| | | | Average Monthly NET Income: | $-20,490.87 |

Non-CMI - Social Security Act Income
Source of Income: Social Security
Constant income of $2,418.70 per month.

| Debtor 1 | Zhengang Guo | | Case number (*if known*) | |

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period 04/01/2016 to 09/30/2016.

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: AmeriAsia Finace Corporation
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 04/2016 | $2,500.00 |
| 5 Months Ago: | 05/2016 | $2,500.00 |
| 4 Months Ago: | 06/2016 | $2,500.00 |
| 3 Months Ago: | 07/2016 | $2,500.00 |
| 2 Months Ago: | 08/2016 | $2,500.00 |
| Last Month: | 09/2016 | $2,500.00 |
| | Average per month: | $2,500.00 |

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Life Rising Corporation
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 04/2016 | $1,250.00 |
| 5 Months Ago: | 05/2016 | $1,250.00 |
| 4 Months Ago: | 06/2016 | $1,250.00 |
| 3 Months Ago: | 07/2016 | $1,250.00 |
| 2 Months Ago: | 08/2016 | $0.00 |
| Last Month: | 09/2016 | $2,500.00 |
| | Average per month: | $1,250.00 |

## Notice Required by 11 U.S.C. § 342(b) for
## Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Zhengang Guo                                 Case No. _____
                                    Debtor(s)                     Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):     Hopestream North America Corporation

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 12, 2016                                  /s/ Robert R. Benjamin
*Date*                                                   Robert R. Benjamin
                                                  *Signature of Attorney*
                                                  Golan & Christie LLP
                                                  70 W. Madison
                                                  Suite 1500
                                                  Chicago, IL 60602
                                                  (312) 263-2300   Fax: (312) 263-0939
                                                  rrbenjamin@golanchristie.com
                                                  *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re    Zhengang Guo                 Case No.

                      Debtor(s)        Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                 86

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    October 12, 2016             /s/ Zhengang Guo

                                      Zhengang Guo
                                      Signature of Debtor

```
BMO Harris Bank
PO Box 6201
Carol Stream, IL 60197


Brustin & Lundblad, Ltd.
10 N. Dearborn
7th Floor
Chicago, IL 60602


Brustin & Lundblad, Ltd.
10 N. Dearborn
7th Floor
Chicago, IL 60602


Cathay Bank
9650 Flair Drive
El Monte, CA 91731


Cathay Bank
9650 Flair Drive
El Monte, CA 91731


Cathay Bank
9650 Flair Drive
El Monte, CA 91731


Cathay Bank
9650 Flair Drive
El Monte, CA 91731


Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201


Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201


Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201
```

Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201


Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201


CitiMortgage
PO Box 790110
Saint Louis, MO 63179-0110


CitiMortgage, Inc.
PO Box 6279
Sioux Falls, SD 57117


East West Bank
PO Box 60020
City of Industry, CA 91716


First Merit Bank, N.A. as successor
in interest to Midwest Bank & Trust
501 W North Avenue
Melrose Park, IL 60160


Food and Drug Administration
c/o Nicholas Lyons, Chicago Office
20 N. Michigan Avenue, Suite 510
Chicago, IL 60602


Fred Jay
11646 SW Royal Villa Drive
Tiger, OR 97224


Hampton Fitness Products, Ltd.
1913 Portola
Ventura, CA 93003


Huaxiang Li
6403 St. James Court
Burr Ridge, IL 60527

InspirFit, LLC
7890 S. Quincy Street
Willowbrook, IL 60527


Jen-Ku Chang
1027 Amberwood Circle
Naperville, IL 60563


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527


Life Rising Corporation
7884 Quincy Avenue
Willowbrook, IL 60527

Markoff Law LLC
c/o Robert G. Markoff
29 N. Wacker Drive, #550
Chicago, IL 60606


Mohsen Edalat
1101 Juniper Terrace
Glenview, IL 60025


Nature's Health Corporation
2131 S. Archer Avenue
Chicago, IL 60616


Nature's Health Corporation
2131 S. Archer Avenue
Chicago, IL 60616


Nature's Health Corporation
2131 S. Archer Avenue
Chicago, IL 60616


Northstar Mortgage
PO Box 619063
Dallas, TX 75261


Pacific Global Bank
2323 S. Wentworth
Chicago, IL 60616


Pacific Global Bank
2323 S. Wentworth
Chicago, IL 60616


Pacific Global Bank
2323 S. Wentworth
Chicago, IL 60616


Pacific Global Bank
2323 S. Wentworth
Chicago, IL 60616


R.M. Post Realtors
15426 S. 70th Court
Orland Park, IL 60462

R.M. Post Realtors
15426 S. 70th Court
Orland Park, IL 60462


R.M. Post Realtors
105426 S. 70th Court
Orland Park, IL 60462


R.M. Post Realtors
15426 S 70th Court
Orland Park, IL 60462


R.M. Post Realtors
15426 S. 70th Court
Orland Park, IL 60462


R.M. Post Realtors
15426 S. 70th Court
Orland Park, IL 60462


R.M. Post Realtors
15426 S. 70th Court
Orland Park, IL 60462


R.M. Post Realtors
15426 S. 70th Court
Orland Park, IL 60462


R.M. Post Realtors
15426 S. 70th Court
Orland Park, IL 60462


R.M. Post Realtors
15426 S. 70th Court
Orland Park, IL 60462


Richard Davis, Special Admin. of Es
c/o Niemeyer Grebel Kruse
10 S. Broadway #1125
Saint Louis, MO 63102


Scott Varley
750 Fletcher Drive
Elgin, IL 60123

Shinlon, LLC
3817 Lincoln Road
Santa Barbara, CA 93110


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491

Shiow Kaing
15212 W. 147th
Homer Glen, IL 60491


Shiow Kiang
1413 Wesley Court
Westmont, IL 60559


Shiow Kiang
1413 Wesley Court
Westmont, IL 60559


Shirley Jay
3817 Lincoln Road
Santa Barbara, CA 93110


Shirley Jay
3817 Lincoln Road
Santa Barbara, CA 93110


Ton Shen Health Corporation
2131 S. Archer Avenue
Suite A, B, C
Chicago, IL 60616


Ton Shen Health Corporation
665 Pasquinelli Drive
Unit 203/204
Westmont, IL 60559


Ton Shen Health Corporation
2131 S. Archer Avenue
Unit A, B, C
Chicago, IL 60616


Ton Shen Health Corporation
2125-2127 S. Archer Avenue
Chicago, IL 60616


Ton Shen Health Corporation
2131 S. Archer
Unit 302
Chicago, IL 60616

```
Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616


Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616


Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616


Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616


Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616


Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616


Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616


Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616


Ton Shen Health Corporation
2131 S Archer
Unit 1A
Chicago, IL 60616
```

US China Trading Corporation
1913 Portola
Ventura, CA 93003


Zhaoyuan Meng
18 ShuangQioaDong Lu, Apt 1137
ChaoYang District
BEIJING, CHINA


Zhenxia Guo
1228 Hanover Street
Woodridge, IL 60517