IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) In Chapter 11 |
| | ) |
| **ZHENANG GUO,** | ) |
| | ) |
| **Debtor.** | ) |

### GENERAL STATEMENT AND DISCLAIMER REGARDING DEBTOR'S STATEMENTS OF FINANCIAL AFFAIRS WITH SCHEDULES

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements") filed herewith by Zhenang Guo (the "Debtor") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court") were prepared pursuant to 11 U.S.C. §521 and Federal Rule of Bankruptcy Procedure 1007 by the Debtor and are unaudited. The Schedules and Statements remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements from the Debtor's books and records maintained in the ordinary course of business. While the Debtor has made a reasonable effort to ensure that the Schedules and Statements are accurate and completed based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements which may warrant amendment of the same. The Debtor expressly reserves his right to amend his Schedules and Statements from time to time as may be necessary or appropriate. This Disclaimer is incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1. <u>Totals</u>.    All totals that are included in the Schedules and Statements represent totals of all known or estimated amounts included on the Schedules. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

2. <u>Schedule D.</u>  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves his rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of the Debtor. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction, or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable credit agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and

priority of any liens. Nothing in this Disclaimer, the Schedules and Statements, shall be deemed a modification or interpretation of the terms of such agreements.

3. **Disputed, Contingent and/or Unliquidated Claims.** Schedule D, E, and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of these schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The debtor reserves his right to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to nature, amount, liability, or status, or to otherwise subsequently designate any claim as disputed, contingent, or unliquidated. A claim that is on appeal is designated as unliquidated and disputed.

4. **Schedule G.** While every effort has been made to ensure the accuracy of the executory contracts and unexpired leases listed on Schedule G, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of his rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

5. **Dates.** The value of the checking account disclosed in Schedule B is as of October 5, 2016. The balance due on the credit card accounts disclosed in Schedule F is as of September 1, 2016. The dates and amounts are subject to further review.

6. **Valuation.** While the statements contained in the Statements and Schedules are true and correct to the best of the Debtor's knowledge, information and belief, the statements of value set forth are liquidation values and the Debtor expressly reserves his rights to assert that such values may differ materially from those set forth based upon additional facts that may appear and the purposes for which any such valuation is conducted.

7. **Disputed, Contingent, and/or Unliquidated Claims.** Any failure to designate a claim on any of the Schedules as "disputed," "contingent," and/or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent," and/or "unliquidated." The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules on any grounds including but not limited to amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," and/or "unliquidated."

8. **Disclaimer Controls.** In the event that the Schedules and Statements differ from the foregoing Disclaimer, the Disclaimer shall control.

Dated: October 12, 2016