## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 16 B 32560 |
| **ZHENGANG GUO,** | ) | Honorable Judge Pamela S. Hollis |
| | ) | Motion Date: November 1, 2016 |
| Debtor. | ) | Motion Time: 10:00 a.m. |

### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on November 1, 2016, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF ORDER PERMITTING DEBTOR THE USE OF CASH COLLATERAL BELONGING TO CATHAY BANK** shall be heard by the Honorable Judge Pamela S. Hollis or anyone sitting in her stead, of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 644 at 219 South Dearborn, Chicago, Illinois. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

GOLAN CHRISTIE TAGLIA LLP

### AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney certify that I caused the foregoing Notice of Motion and Motion for Entry of Order Permitting Debtor The Use of Cash Collateral Belonging to First Midwest Bank to be served upon the persons named in the attached service list via facsimile, e-mail or overnight mail on October 12, 2016.

/s/*Robert R. Benjamin*_____
Robert R. Benjamin

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

## SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via Email: USTPRegion11.ES.ECF@usdoj.gov

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St
Chicago, IL 60604
Via Facsimile: 312-566-2826

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606
Via Facsimile: 312-368-8712

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Via Email: James.Newbold@illinois.gov

Zhengang Guo
15212 W. 147th Street
Homer Glen, IL 60491
Via Regular Mail

Brustin & Lundblad, Ltd.
c/o Milo Lundblad
10 N. Dearborn, 7th Floor
Chicago, IL 60602
Via Regular Mail

Cathay Bank
c/o Judi Yu Tsang, Commercial Banker
9650 Flair Drive
El Monte, CA 91731
Via Regular Mail

Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201
Via Regular Mail

Food and Drug Administration
c/o Nicholas Lyons, Director of Compliance
20 N. Michigan Avenue, Suite 510
Chicago, IL 60602
Via Regular Mail

Fred Jay
11646 SW Royal Villa Drive
Tiger, OR 97224
Via Regular Mail

Huaxiang Li
6403 St. James Court
Burr Ridge, IL 60527
Via Regular Mail

Jen-Ku Chang
1027 Amberwood Circle
Naperville, IL 60563
Via Regular Mail

Richard Davis, Special Admin. of Estate of Dolores Drury, Decedent
c/o Markoff Law LLC
29 N. Wacker Drive, #550
Chicago, IL 60606
Via Regular Mail

Mohsen Edalat
1101 Juniper Terrace
Glenview, IL 60025
Via Regular Mail

1

2

Pacific Global Bank
c/o Eric Hubbard
2323 S. Wentworth
Chicago, IL 60616
Via Regular Mail

Scott Varley
750 Fletcher Drive
Elgin, IL 60123
Via Regular Mail

Zhenxia Guo
1228 Hanover Street
Woodridge, IL 60517
Via Regular Mail

CitiMortgage
PO Box 6279
Sioux Falls, SD 57117
Via Regular Mail

Northstar Mortgage
PO Box 619063
Dallas, TX 75261
Via Regular Mail

Cathay Bank
c/o Pin Tai, President
777 N. Broadway
Los Angeles, CA 90012
Via Regular Mail

Richard Davis, Special Admin. of Estate of
Dolores Drury, Decedent
c/o Niemeyer Grebel Kruse
10 S. Broadway, #1125
St. Louis, MO 63102
Via Regular Mail

Zhaoyuan Meng
18 ShuangQioaDong Lu, Apt 1137
ChaoYang District
Beijing, China
Via Email: abc201298@163.com

BMO Harris Bank
PO Box 6201
Carol Stream, IL 60197
Via Regular Mail

East West Bank
PO Box 60020
City of Industry, CA 91716
Via Regular Mail

Pacific Global Bank
2323 S. Wentworth
Chicago, IL 60616
Via Regular Mail

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No.  16 B 32560 |
| **ZHENGANG GUO,** | ) | Honorable Judge Pamela S. Hollis |
| | ) | Motion Date:  November 1, 2016 |
| **Debtor.** | ) | Motion Time: 10:00 a.m. |

**AMENDED MOTION FOR ENTRY OF ORDER PERMITTING DEBTOR THE USE OF
CASH COLLATERAL BELONGING TO CATHAY BANK**

Debtor, ZHENGANG GUO ("Debtor"), by and through his attorneys, Robert R. Benjamin, Beverly A. Berneman, Brianna L. Golan, and Matthew P. Bachochin of GOLAN CHRISTIE TAGLIA LLP, moves this Court to enter an order permitting the use of cash collateral belonging to CATHAY BANK ("Cathay") and in support thereof represents to the Court as follows:

**BACKGROUND**

1. On October 12, 2016, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor is in the business of providing acupuncture and other health related services.

3. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §157 and §1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

3

**SECURITY INTEREST OF CATHAY BANK**

4.  The Debtor and his spouse, Shiow Kiang, hold an undivided fifty percent (50%) interest, not as tenants in common, but as joint tenants with full rights of survivorship in Chicago Title Land Trust Company, as Trustee under trust dated January 4, 2000, and known as Trust No. 1107968 (the "Trust").

5.  The real estate commonly described as 7882-7890 Quincy Street, Willowbrook, Illinois is titled to the Trust (the "Property").

6.  On or about February 7, 2013, the Trust executed a Promissory Note, Mortgage, Assignment of Leases and Rents, Security Agreement, and Fixture Filing in favor of Cathay in the amount of $450,000.00, copies of which are attached hereto as Group Exhibit 1.

7.  On or about April 16, 2013, the beneficiaries of the Trust assigned their beneficial interest in the Trust for collateral purposes only to Cathay, a copy of which is attached hereto as Exhibit 2.

8.  On or about February 7, 2013, Debtor executed a Guaranty of Payment to induce Cathay to lend $450,000.00 to the Trust, a copy of which is attached hereto as Exhibit 3.

9.  By reasons of the premises, Cathay holds a lien on the Property. Cathay recorded their mortgage, assignment of leases and rents, security agreement, and fixture filing on February 13, 2013 with the DuPage County Recorder of Deeds, all as is more fully set forth in Group Exhibit 1 and attached hereto.

10. The Debtor, holding a 50% interest jointly with his spouse in the Property, believes the value of the asset is $925,000.00 and his interest in the Property is approximately $81,000.00, as more fully described in the valuation and attached hereto as Exhibit 4.

**DEBTOR REQUIRES USE OF CASH COLLATERAL**

11.   The Debtor requires the use of his cash collateral as it is defined in Section 363(a) of the Bankruptcy Code and requests authorization of this Court to utilize the cash collateral pursuant to the provisions of Section 363(c)(2)(B) of the Bankruptcy Code. A statement showing Debtor's anticipated expenses is attached hereto as Exhibit 5.

12.   Cathay will not be harmed by the use of cash collateral generated from the assets and proceeds thereof.  Further, Debtor proposes to grant Cathay a replacement lien upon the Property to the extent of the collateral utilized, subject to verification of the extent and validity of the liens. In addition, as adequate protection, Debtor proposes to grant Cathay a replacement lien upon the proceeds from rents Debtor acquires from the Property subsequent to the filing of the Chapter 11 petition to the extent that the collateral is utilized subject to verification of the extent and validity of the lien.

13.    The use of collateral held by Cathay will cause little, if any, harm to Cathay. Conversely, the harm to the Debtor will be substantial because the use of cash collateral is essential the maintenance of the Property. Debtor proposes to make monthly adequate protection payments to Cathay in the amount of $3,507.00 no later than November 5, 2016 and monthly thereafter in order to protect Cathay from any erosion of its lien upon the Debtor's assets due to the continuance of the automatic stay pursuant to §362 of the Bankruptcy Code. The sum proposed is equal to the pre-petition payments.  The Debtor further believes that Cathay is fully protected for the value of its lien provided by a replacement lien to the extent of collateral utilized.

5

## NOTICE

14. Notice of this Motion has been served upon the Trustee, all parties holding a lien upon the Debtor's assets and the all known creditors.

## DISCLOSURE PURSUANT TO LOCAL RULE 4001-2

15. Debtor represents that none of the provisions of the proposed cash collateral warrant highlighting as required by Local Rule 4001-2.

WHEREFORE, Debtor, ZHENGANG GUO prays that an order be entered as follows:

A. Authorizing him to utilize cash collateral to the extent needed pursuant to the attached budget;

B. Granting Cathay Bank a lien on the proceeds from rents Debtor acquires subsequent from the Property to the filing of the Chapter 11 petition to the extent that the collateral is utilized subject to verification of the extent and validity of the lien;

C. Authorizing Debtor to make adequate assurance payments to Cathay Bank in the amount of $3,507.00 no later than November 5, 2016 and each month thereafter; and

D. For such other and further relief as this Court deems just and proper.

ZHENGANG GUO,
Debtor,

/s/ *Robert R. Benjamin*
Robert R. Benjamin
One of his attorneys

Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Brianna L. Golan (ARDC # 6299871)
Matthew P. Bachochin (ARDC # 6292153)
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300