## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **In Chapter 11** |
| | ) | **Case No. 16 B 32560** |
| **ZHENGANG GUO,** | ) | **Honorable Pamela S. Hollis** |
| | ) | **Motion Date: December 14, 2017** |
| Debtor. | ) | **Motion Time: 10:00 a.m.** |

## NOTICE OF MOTION

TO:     See Attached Service List

PLEASE TAKE NOTICE THAT on December 14, 2017, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard by the Honorable Pamela S. Hollis of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 644 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN CHRISTIE TAGLIA LLP

## AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of a Final Decree Order were served upon the persons named in the attached service list via regular mail with postage prepaid from 70 W. Madison, Chicago, Illinois 60602 on December 1, 2017.

By:/s/*Robert R. Benjamin*
    Robert R. Benjamin

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

## SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via CM/ECF

Cathay Bank
c/o Brian Raynor
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Drive
Chicago, IL 60606
Via CM/ECF

Richard Davis, Special Admin. of Estate of
Dolores Drury, Decedent
c/o Springer Brown LLC
Attn: Richard Larsen and Elizabeth Bates
300 S. County Farm Road
Wheaton, IL 60187
Via CM/ECF

Huntington National Bank
c/o Stahl Cowen Crowley Addis LLC
55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Via CM/ECF

Discover Bank
PO Box 3025
New Albany, OH 43054
Via Email: mrdiscpc@discover.com

BMO Harris Bank, N.A.
c/o Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
Via Email: ecfnil@weltman.com

Zhengang Guo
15212 W. 147th Street
Homer Glen, IL 60491
Via Regular Mail

J.P. Morgan Mortgage Trust 2005-S3
Mortgage Pass-Through Certificates, U.S.
Bank National Association, as Trustee,
successor in interest to Wachovia Bank,
National Association, as Trustee
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527
Via CM/ECF

CitiMortgage
c/o Codilis and Associates
15W030 N. Frontage Rd., Suite 100
Burr Ridge, IL 60527
Via CM/ECF

Brustin & Lundblad, Ltd.
c/o Milo Lundblad
10 N. Dearborn, 7th Floor
Chicago, IL 60602
Via Email: mlundblad@mablawltd.com

Pacific Global Bank
c/o Nery & Richardson LLC
4258 West 63rd Street
Chicago, IL 60629
Via Email:
drichardson@neryrichardson.com

Krzysztof Blaszczak
c/o Richard L Hirsh, PC
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532
Via CM/ECF

Dr. David A. Fruhauf
350 S. Schmale Road, Suite 110
Carol Stream, IL 60188
Sent Via Regular Mail

Zhaoyuan Meng
18 ShuangQioaDong Lu, Apt 1137
ChaoYang District
Beijing, China
Via Email: abc201298@163.com

Food and Drug Administration
c/o Nicholas Lyons, Director of Compliance
550 W. Jackson Blvd, Suite 1500
Mail Stop HFR-CE650
Chicago, IL 60661
Via Email: Nicholas.Lyons@fda.hhs.gov

Fred Jay
11646 SW Royal Villa Dr
Tigard, OR 97224
Sent Via Regular Mail

Huaxiang Li
6403 St. James Court
Burr Ridge, IL 60527
Via Regular Mail

Jen-Ku Chang
1027 Amberwood Circle
Naperville, IL 60563
Via Regular Mail

Zhaoyuan Meng
18 ShuangQioaDong Lu, Apt 1137
ChaoYang District
Beijing, China
Via Email: abc201298@163.com

Zhenxia Guo
1228 Hanover Street
Woodridge, IL 60517
Via Regular Mail

Adam Morawski
9045 Maple Lane
Hickory Hills, IL 60457
Sent Via Regular Mail

Adam Patt
503 Debra Dr.
Des Plaines, IL 60016
Sent Via Regular Mail

Adrian Cavazos
616 Francist St.
Joliet, IL 60432
Sent Via Regular Mail

Adrianna Wojcik
9078 Heatherwood Dr. Apt. 6M
Niles, IL 60714
Sent Via Regular Mail

Agata Lipka
1081 Foxworth Blvd.
Lombard, IL 60148
Sent Via Regular Mail

Agnes Ford
463 Kingston Terrace
Deerfield, IL 60015
Sent Via Regular Mail

Agnes Kasps
1553 D. Redwoods Dr.
Mount Prospect, IL 60056
Sent Via Regular Mail

Alec Duszcyk
2134 W. Churchill Row
Chicago, IL 60647
Sent Via Regular Mail

Alem Haile
5048 N. Marine Dr. #7F
Chicago, IL 60640
Sent Via Regular Mail

Alexandra Michnik
101 Old Oak Dr. Unit 118
Buffalo Grove, IL 60089
Sent Via Regular Mail

Alicja Szymankiewicz
2127 Olmstead St.
Friendship, WI 53934
Sent Via Regular Mail

Amanda Blabac
1416 N. Maplewood
Chicago, IL 60622
Sent Via Regular Mail

Ana Guzman
14 Circle Dr.
Lincolnwood, IL 60712
Sent Via Regular Mail

Andrew Ryciuk
8503 N. Osceola Ave.
Niles, IL 60714
Sent Via Regular Mail

Alan Newman
1684 Venture Dr. Suite F
Mount Vernon, OH 43050
Sent Via Regular Mail

Aleksandr Kozlov
471 Sussex Ct.
Buffalo Grove, IL 60089
Sent Via Regular Mail

Alexa Weiss
950 Marvell lane
Highland Park, IL 60035
Sent Via Regular Mail

Ali Oroujeh
565 Washington Blvd.
Hoffman Estates, IL 60169
Sent Via Regular Mail

Alina Engel
921 Clyde Ave.
Downers Grove, IL 60516
Sent Via Regular Mail

Ammina Muhammad
1181 Ogden St.
Benton Harbor, MI 49022
Sent Via Regular Mail

Ana Lopez
11501 S. Ave G
Chicago, IL 60617
Sent Via Regular Mail

Asha Thomas
6518 Deerpath Ct.
Lisle, IL 60532
Sent Via Regular Mail

Aneesah Hassani
1345 Park Ave.
River Forest, IL 60305
Sent Via Regular Mail

Anita Lebling
1341 Park Ave.
River Forest, IL 60305
Sent Via Regular Mail

Anna Jankovich
1110 Edge Water Tr.
Antioch, IL 60002
Sent Via Regular Mail

Anne Jastromski
1103 Westminster Ct.
Waunakee, WI 53597
Sent Via Regular Mail

Annie Najieb
8458 S. Muskegon St.
Chicago, IL 60617
Sent Via Regular Mail

AnnLisa Paliferro
8010 W. Winnemac Ave.
Harwood Heights, IL 60706
Sent Via Regular Mail

Antoni Bradlo
3138 N. Oketo Ave.
Elmwood Park, IL 60707
Sent Via Regular Mail

Arlene Przybyla
345 Fullerton
Chicago, IL 60614
Sent Via Regular Mail

Armandina Valentin
2747 S. Kostner Ave.
Chicago, IL 60623
Sent Via Regular Mail

Arthur Edelson
3611 SW 36 St.
Hollywood, FL 33023
Sent Via Regular Mail

Audrey Gervais
6326 S. Greenwod Ave.
Chicago, IL 60637
Sent Via Regular Mail

Ava Lotsoff
249 Dennis Lane
Glencoe, IL 60022
Sent Via Regular Mail

Barbara Queen
175 N. Harbor Dr. #2511
Chicago, IL 60601
Sent Via Regular Mail

Barbara Schmidt
1923 S. Des Plainest St.
Chicago, IL 60616
Sent Via Regular Mail

Barbara Simpson
10531 S. Springfield Ave.
Chicago, IL 60655
Sent Via Regular Mail

Barry Roberts
8659 Saddlebred Ct.
Oak Forest, IL 60452
Sent Via Regular Mail

Bella Vist
1150 N. Lake Shore Dr. Apt 12J
Chicago, IL 60611
Sent Via Regular Mail

Ben Good
1121 Ashland
Evanston, IL 60202
Sent Via Regular Mail

Bernadette Stoecker
219 Third St.
Dundee, IL 60118
Sent Via Regular Mail

Bette Fetter
10N728 Newport
Elgin, IL 60124
Sent Via Regular Mail

Blair Milton
175 N. Harbor Dr. #2511
Chicago, IL 60601
Sent Via Regular Mail

Bob Musolino
4016 W. Orleans
McHenry, IL 60050
Sent Via Regular Mail

Brian Loprino
3128 Preakness Dr.
Aurora, IL 60504
Sent Via Regular Mail

Bruce Ruben
2300 Haggerty Road Suite 1190
West Bloomfield, MI 48323
Sent Via Regular Mail

Carrie Belanger
703 Lighthouse Ave.
Pacific Grove, CA 93950
Sent Via Regular Mail

Carrole Collins
321 S. Clark Lane
Elizabeth, IL 61028
Sent Via Regular Mail

Catherine Gruber
5344 Madison St.
Skokie, IL 60077
Sent Via Regular Mail

Chad Thorson
1006 Irving Ave.
Wheaton, IL 60187
Sent Via Regular Mail

Chang Liu
6116 Wood Creek Road
Willowbrook, IL 60527
Sent Via Regular Mail

Chitra Chand
10 Montauk Lane
Vernon Hills, IL 60061
Sent Via Regular Mail

Chris Carney
42 Castleton Ct.
Barrington, IL 60010
Sent Via Regular Mail

Christina Depasquale
2040 West Belmont
Chicago, IL 60618
Sent Via Regular Mail

Christine Pagany
313 Felicia Ct.
Bloomingdale, IL 60108
Sent Via Regular Mail

Christine Rapp
1739 Wildwood Lane
Darien, IL 60561
Sent Via Regular Mail

Christine Zarndt
1631 N. Milwaukee Ave #2
Chicago, IL 60647
Sent Via Regular Mail

Cindy Bielik
12052 Flint Dr.
Homer Glen, IL 60491
Sent Via Regular Mail

Clare Tropp
4801 Wentworth Ave S
Minneapolis, MN 55419
Sent Via Regular Mail

Claudia Liang
1917 Sunrise Dr.
Potomac, MD 20854
Sent Via Regular Mail

Colette Donahue
1540 Redwood Ave.
Boulder, CO 80304
Sent Via Regular Mail

Connie Halter
8 Rook Place
Maumelle, AR 72113
Sent Via Regular Mail

Cristina Serbu
2233 Cherry Lane
Northbrook, IL 60062
Sent Via Regular Mail

Daksha Amin
555 S. River Road
Des Plaines, IL 60016
Sent Via Regular Mail

Dale Cress
Harmony Health Center
373 S. Schmale Rd., Ste. 103
Carol Stream, IL 60188
Sent Via Regular Mail

Dana Lundin
715 Vinewood Ave.
Willow Springs, IL 60480
Sent Via Regular Mail

Dana Sylvester
145 Chicago Ave.
Clarendon Hills, IL 60514
Sent Via Regular Mail

Daniela Zaporojanu
3 Holliston on Asbury
Rolling Meadows, IL 60008
Sent Via Regular Mail

Danita Rogers
1659 W. 92nd Pl.
Chicago, IL 60620
Sent Via Regular Mail

Darlene Stamos
1074 Crestwood St.
Elk Grove Village, IL 60007
Sent Via Regular Mail

Deborah Zuiko
1335 S. Dunton
Arlington Heights, IL 60005

Debra Orals
11N635 Hunter Trail
Elgin, IL 60124

Sent Via Regular Mail

Denise M. Blake
1909 Lake Baldwin Lane, #303
Orlando, FL 32814
Sent Via Regular Mail

Destiny Brown
10842 S. Prairie Ave.
Chicago, IL 60628
Sent Via Regular Mail

Diana Anton
1135 Cleveland
Evanston, IL 60202
Sent Via Regular Mail

Dianne Thevenot
807 Shawnee Trail
Roselle, IL 60172
Sent Via Regular Mail

Divina Vargas
3005 N. Kolmar Ave.
Chicago, IL 60641
Sent Via Regular Mail

Donald Reed
10410 South Leavitt
Chicago, IL 60643
Sent Via Regular Mail

Edith Reyns
1019 Steward Road
Steward, IL 60553
Sent Via Regular Mail

Elizabeth Palmer
2015 Center St.
Northbrook, IL 60062
Sent Via Regular Mail

Sent Via Regular Mail

Desiree Webber
801 67th St.
Downers Grove, IL 60516
Sent Via Regular Mail

Diamantis Thomas
9218 Parkside Ave.
Morton Grove, IL 60053
Sent Via Regular Mail

Dianna Effner
102 W. Row St.
Jamestown, MO 65046
Sent Via Regular Mail

Dimitar Dimitrov
216 S. Mount Prospect Rd.
Mount Prospect, IL 60056
Sent Via Regular Mail

Donald Lynn Reed
10410 S. Leavitt
Chicago, IL 60643
Sent Via Regular Mail

Donna Rubinson
7616 N. Kolmar
Skokie, IL 60076
Sent Via Regular Mail

Eduardo Rico
5623 S. Troy
Chicago, IL 60629
Sent Via Regular Mail

Elizabeth Swartz
RR 3 Box 33
Petersburg, IL 62675
Sent Via Regular Mail

Elke Weiss
11 Parkview Place
Brampton, Canada
Sent Via Regular Mail

Ella Maglinskaite
1629 S. Prairie Ave. #1511
Chicago, IL 60616
Sent Via Regular Mail

Elzbieta Kitlas
1275 Studio Lane
Deerfield, IL 60015
Sent Via Regular Mail

Erica Belling
612 Yosemite Ave #101
Naperville, IL 60563
Sent Via Regular Mail

Erica Calderoni
22169 W. Village Dr.
Dearborn, MI 48124
Sent Via Regular Mail

Erin Armbuster
1241 Eagle Crest Dr.
Lemont, IL 60439
Sent Via Regular Mail

Erin Christoff
2533 N. Ashland Ave.
Chicago, IL 60614
Sent Via Regular Mail

Esneda Ayala
2026 N. Winchester Ave.
Chicago, IL 60614
Sent Via Regular Mail

Esteban Ibarra
1830 S. 58 Ct.
Cicero, IL 60804
Sent Via Regular Mail

Evelyn Rodriguez
323 S. Dilger Ave.
Waukegan, IL 60085
Sent Via Regular Mail

Fatima Schiro
1322 Dancing Bear Lane
Elgin, IL 60120
Sent Via Regular Mail

Fay Peng
3950 N. Lake Shore Dr.
Chicago, IL 60613
Sent Via Regular Mail

Flo Larson
1114 Lions Park Dr.
Saint Joseph, MI 49085
Sent Via Regular Mail

Fred Fisher
127 N. Clay
Hinsdale, IL 60521
Sent Via Regular Mail

Genta Pendavinji
9113 McVicker Ave.
Morton Grove, IL 60053
Sent Via Regular Mail

George Arakelov
1604 W. Partridge Ct. Apt 6
Arlington Heights, IL 60004
Sent Via Regular Mail

Gerry Piper

Gloria Montgomery

814 Wilson
Hinsdale, IL 60521
Sent Via Regular Mail

144 Carriage Way Dr #C-27
Willowbrook, IL 60527
Sent Via Regular Mail

Gregory Aloia
84 Delevan St.
Lambertville, NJ 08530
Sent Via Regular Mail

Gretchen Belmonti
935 Northwoods Dr.
Deerfield, IL 60015
Sent Via Regular Mail

Hannah Chmura
2023 N. Albany Apt. 3
Chicago, IL 60647
Sent Via Regular Mail

Hannah Thong
5031 N. Kolmar Ave.
Chicago, IL 60630
Sent Via Regular Mail

Hayley Gerdes
6445 N. Glenwood Ave.
Chicago, IL 60626
Sent Via Regular Mail

Heather Guillen (Mulroy)
900 Greenwood Apt 1
Evanston, IL 60201
Sent Via Regular Mail

Heather Pioch
3132 N. Monitor Ave.
Chicago, IL 60634
Sent Via Regular Mail

Heidi Hedeker
110 N. Hoyne
Chicago, IL 60622
Sent Via Regular Mail

Holly Milojevic
1430 Montgomery Road
Deerfield, IL 60015
Sent Via Regular Mail

Holly Waterman
6103 N. Glenwood Ave. Apt3
Chicago, IL 60660
Sent Via Regular Mail

Howard Toder
1825 North Howe St.
Chicago, IL 60614
Sent Via Regular Mail

Hsiu Mei Lu
215 N. Glade Ave.
Elmhurst, IL 60126
Sent Via Regular Mail

Hyeyeong Kim
6724 Tudor Lane #3
Westmont, IL 60559
Sent Via Regular Mail

Ian Klepacki
4234 Joliet Ave.
Lyons, IL 60534
Sent Via Regular Mail

Ilene Lesniak

Imran Andrabi

18143 Pierre Dr.
Clinton Township, MI 48038
Sent Via Regular Mail

Iwona Fuller
6201 Fannin Dr.
Arlington, TX 76001
Sent Via Regular Mail

Jacqueline Edwards
55 W. Chestnut #406
Chicago, IL 60610
Sent Via Regular Mail

James (Jamie) York
780 Quince Circle
Boulder, CO 80304
Sent Via Regular Mail

Janconlord Del Rio
c/o Reynaldo del Rio 6135 S Drexel
Chicago, IL 60637
Sent Via Regular Mail

Janet Sachs
2227 16th St.
Boulder, CO 80302
Sent Via Regular Mail

Jasmie Trieu
1377 Leslie Lane
Glendale Heights, IL 60139
Sent Via Regular Mail

Jeanne Fujimoto
1728 N. Damen #215
Chicago, IL 60647
Sent Via Regular Mail

Jeffrey Hoke
5506 N. Kenmore Apt. 3
Chicago, IL 60640
Sent Via Regular Mail

2944 Cypress Colony Dr.
Toledo, OH 43617
Sent Via Regular Mail

Jack Michicich
11433 S. Talman Ave.
Chicago, IL 60655
Sent Via Regular Mail

Jacqueline Figueroa
7507 W. Irving Park
Chicago, IL 60634
Sent Via Regular Mail

Jamie Cosnowsky
135 S. York St. Apt. 518
Elmhurst, IL 60126
Sent Via Regular Mail

Janet Cherskov
8441 W. 127th St.
Palos Park, IL 60464
Sent Via Regular Mail

Jarek Matlon
664 Windy Oak Circle
Hebron, IN 46341
Sent Via Regular Mail

Jasmine Chang
916 Enfield Dr.
Northbrook, IL 60062
Sent Via Regular Mail

Jeff Sullivan
6810 Aspen Ct.
Spring Grove, IL 60081
Sent Via Regular Mail

Jela Spegar
8305 Portsmouth Dr. #D
Darien, IL 60561
Sent Via Regular Mail

Jennifer McCartney
12045 Flint Dr.
Homer Glen, IL 60491
Sent Via Regular Mail

Joan Dermer
3904 Rugen Rd.
Glenview, IL 60025
Sent Via Regular Mail

Joan Moran
4103 W. 98th St. #A
Oak Lawn, IL 60453
Sent Via Regular Mail

Joan Wendt
8233 Rhode Island Ave S
Minneapolis, MN 55438
Sent Via Regular Mail

Joanna Janus
5461 N. East River Rd.
Chicago, IL 60656
Sent Via Regular Mail

Joe Mitchell
4836 W. Elm St.
Skokie, IL 60077
Sent Via Regular Mail

Jon Lozier
13059 W. Center Road
Omaha, NE 68144
Sent Via Regular Mail

Joseph Cigan
4910 N. Francisco Ave.
Chicago, IL 60625
Sent Via Regular Mail

Joseph Pinto
1512 N. Cleveland Ave. #3
Chicago, IL 60610
Sent Via Regular Mail

Josephine Lin
4119 Miller Oaks Dr.
McHenry, IL 60051
Sent Via Regular Mail

Juan Zheng
W179 N8643 Village Ct. #7
Menomonee Falls, WI 53051
Sent Via Regular Mail

Judith Shutway
721 W. 19 Place
Chicago, IL 60616
Sent Via Regular Mail

Julia Gavrylchyk
1415 E. Downing Pl.
Mundelein, IL 60060
Sent Via Regular Mail

Julian Planeta
8100 Grand Ave. #1N
River Grove, IL 60171
Sent Via Regular Mail

Justyna Planeta
5038 W. Carmen
Chicago, IL 60630
Sent Via Regular Mail

Karen Ann Brown
1071 La Mirada
Laguna Beach, CA 92651
Sent Via Regular Mail

Karen Sabatini
340 N. Hayworth Ave. #403
Los Angeles, CA 90048
Sent Via Regular Mail

Karen Stewart
30W450 Arbor Lane
West Chicago, IL 60185
Sent Via Regular Mail

Karyn McFarland
14755 S. Kenton Unit 2B
Midlothian, IL 60445
Sent Via Regular Mail

Kausar Hussain
3452 Whirlaway Ave.
Northbrook, IL 60062
Sent Via Regular Mail

Kelly Yearling
6947 29th Pl.
Berwyn, IL 60402
Sent Via Regular Mail

Kerry Keelen
14535 Manistee Ave. #2A
Chicago, IL 60633
Sent Via Regular Mail

Kim Rager
18 Willow Crest Dr.
Oak Brook, IL 60523
Sent Via Regular Mail

Kirk Kreutzig
6368 Greene Rd.
Woodridge, IL 60517
Sent Via Regular Mail

Kristen Rademacher
9731 S. 89th Ave.
Palos Hills, IL 60465
Sent Via Regular Mail

Kristin Holly
6004 Whiting Dr.
McHenry, IL 60050
Sent Via Regular Mail

Kyle Bernstein
24328 N. Bonnie Lane
Lake Zurich, IL 60047
Sent Via Regular Mail

Larry Granderson
558 Division
Elgin, IL 60120
Sent Via Regular Mail

Larry Schultz
225 S. Baltimore Ave.
Morton, IL 61550
Sent Via Regular Mail

Laura Dokla
2431 W. Fletcher
Chicago, IL 60618
Sent Via Regular Mail

Lauren Brownstone
3904 Rvgen Road
Glenview, IL 60025
Sent Via Regular Mail

Lauren McNamara
437 58th Place
Hinsdale, IL 60521
Sent Via Regular Mail

Laurine Byrne
9936 Elm Circle Dr.

Lawrence Seger
44 Rippling Waters Trail

Oak Lawn, IL 60453
Sent Via Regular Mail

Leah Freese
P.O. box 10311
Chicago, IL 60610
Sent Via Regular Mail

Leokadiya Ivaskiv
939 Fairfield Ave.
Chicago, IL 60622
Sent Via Regular Mail

Lesia Stefinka
5443 W. Barry
Chicago, IL 60641
Sent Via Regular Mail

Lili Paipa
7533 Southwest Highway
Worth, IL 60482
Sent Via Regular Mail

Lin Hixson
1144 N. Hoyne Ave.
Chicago, IL 60622
Sent Via Regular Mail

Lindsay Weiss (Sherman)
18511 Perth Ave.
Homewood, IL 60430
Sent Via Regular Mail

Lisa Marie McComb
1242 N. Damen Ave.
Chicago, IL 60622
Sent Via Regular Mail

Lisa Tomoleoni
1210 Old Mill Lane
Algonquin, IL 60102

Kimberling City, MO 65686
Sent Via Regular Mail

Leana Kozokari
1225 N. Mitchell Ave.
Arlington Heights, IL 60004
Sent Via Regular Mail

Leon Berd
1150 N. Lake Shore Dr. Apt. 12J
Chicago, IL 60611
Sent Via Regular Mail

Li Lin
54 Chestnut Terrace
Buffalo Grove, IL 60089
Sent Via Regular Mail

Lillian Lurye
711 Kingsbrook Glen
Glen Ellyn, IL 60137
Sent Via Regular Mail

Linda Goertz
3417 Leanna Rd. Lot 1
Murfreesboro, TN 37129
Sent Via Regular Mail

Lisa Kohut
571 Jennifer Circle
Mundelein, IL 60060
Sent Via Regular Mail

Lisa Shudak
16 Knights Bridge Road
Sherwood, AR 72120
Sent Via Regular Mail

Lisa Tornatore
630 Mac Arthur Dr.
Buffalo Grove, IL 60089

Sent Via Regular Mail

Sent Via Regular Mail

Livia Gutierrez
5855 N. Sheridan, 19A
Chicago, IL 60660
Sent Via Regular Mail

Lois Ladd
403 Wolf Street
Edwardsville, IL 62025
Sent Via Regular Mail

Lori Stoakes
516 Bovidae Circle
Naperville, IL 60565
Sent Via Regular Mail

Lulia Ciubotariu
10353 Dearlove Rd.
Glenview, IL 60025
Sent Via Regular Mail

Lynda Fox-Walker
P.O. box 195
Lafox, IL 60147
Sent Via Regular Mail

Lynn Blake
1018 Old Mountain View Rd.
El Cajon, CA 92021
Sent Via Regular Mail

Mari Eikeland
592 W. Belden Ave.
Elmhurst, IL 60126
Sent Via Regular Mail

Malgorzata Niedzwiedz
5461 N. East River Road
Chicago, IL 60656
Sent Via Regular Mail

Malisa Dobbins
P.O. Box 7721
Westchester, IL 60154
Sent Via Regular Mail

Marek Buchajsky
6351 W. Huntington
Chicago, IL 60646
Sent Via Regular Mail

Maria Czernik
9330 S. 86th Ct.
Hickory Hills, IL 60457
Sent Via Regular Mail

Maria Dancea
6646 Ninticello St.
Lincolnwood, IL 60712
Sent Via Regular Mail

Maria Romero
507 Tewskbury Circle
Oswego, IL 60543
Sent Via Regular Mail

Maria Sontna
302 Oakwood Lane
Wheeling, IL 60090
Sent Via Regular Mail

Marianne Lipuma
4205 N. Keduale
Chicago, IL 60641
Sent Via Regular Mail

Marina Roytman
3 Hawthorn Grove
Lake Zurich, IL 60047
Sent Via Regular Mail

Mariusz Koziol
810 Cocentry Pl.

Mark Elkind
515 E. Hackberg Dr.

Wheeling, IL 60090
Sent Via Regular Mail

Arlington Heights, IL 60004
Sent Via Regular Mail

Mark Mertens
15591 Frances Lane
Orland Park, IL 60462
Sent Via Regular Mail

Mary Carter
575 Lafayette Lane
Hoffman Estates, IL 60169
Sent Via Regular Mail

Mary Ellen Sullivan
6810 Aspect Ct.
Spring Grove, IL 60081
Sent Via Regular Mail

Mary Jill Kayton
9420 Washington Ave.
Brookfield, IL 60513
Sent Via Regular Mail

Mary Kay Ryan
507 S. Kennilworth
Oak Park, IL 60304
Sent Via Regular Mail

Maryann Barlow
41W650 McDonald Rd.
Elgin, IL 60124
Sent Via Regular Mail

Matt Finan
1031 S. Saylor Ave.
Elmhurst, IL 60126
Sent Via Regular Mail

Matthew Goulish
1144 N. Hoyne Ave.
Chicago, IL 60622
Sent Via Regular Mail

Matthew Michichich
11433 S. Talman Ave.
Chicago, IL 60655
Sent Via Regular Mail

Matthew Schultz
225 S. Baltimore Ave.
Morton, IL 61550
Sent Via Regular Mail

Melissa Fray
1444 S. Federal Unit E
Chicago, IL 60605
Sent Via Regular Mail

Metodi Buchinski
515 Newberry Dr.
Streamwood, IL 60107
Sent Via Regular Mail

Michael Kostrzewski
3791 N. Tamarack Trail
Crystal Lake, IL 60012
Sent Via Regular Mail

Michael McKenna
4216 N. Riverview Drive
McHenry, IL 60051
Sent Via Regular Mail

Michael Motew
971 Forestway Drive
Glencoe, IL 60022
Sent Via Regular Mail

Michael Resnekov
900 Oak St.
Winnetka, IL 60093
Sent Via Regular Mail

Milica Vukosavljevic
1001 Longmeadow Dr.
Glenview, IL 60025
Sent Via Regular Mail

Milja Hohnson
5339 Carpenter St.
Downers Grove, IL 60515
Sent Via Regular Mail

Millie Carney
19 Wynstone Way
Barrington, IL 60010
Sent Via Regular Mail

Mimie Pestanas
330 N. Jefferson
Chicago, IL 60661
Sent Via Regular Mail

Miodrag Arsic
2402 N. Kennicott Dr. 2A
Elk Grove Village, IL 60009
Sent Via Regular Mail

Mirela Ciubotariu
10353 Dearlove Rd.
Glenview, IL 60025
Sent Via Regular Mail

Miroslaw Sokol
5N406 Neva Tr.
Itasca, IL 60143
Sent Via Regular Mail

Mirza Sajjad
698 Huntington Dr.
Carol Stream, IL 60188
Sent Via Regular Mail

Mitzi Labant
1545 Waukegan Road
Suite #2-2
Glenview, IL 60025
Sent Via Regular Mail

Monique Petan
253 E. Deleware Pl. Apt 4D
Chicago, IL 60611
Sent Via Regular Mail

Muletu Ghile
5030 N. Marone Dr. Apt. 1108
Chicago, IL 60640
Sent Via Regular Mail

Nancy Giaimo
10215 McLean Ave.
Melrose Park, IL 60164
Sent Via Regular Mail

Nancy Marder
1557 Cavell Ave.
Highland Park, IL 60035
Sent Via Regular Mail

Nancy Meilinger
909 E. Kenilworth Ave.
Palatine, IL 60074
Sent Via Regular Mail

Nicholas Miller
8331 West Summerdale
Chicago, IL 60656
Sent Via Regular Mail

Nichole Rairigh
2152 W. Caton St.
Chicago, IL 60647
Sent Via Regular Mail

Nick Brusin
109 S. Weller Lane
Mount Prospect, IL 60056
Sent Via Regular Mail

Nick Gavaris
5252 N. California
Chicago, IL 60625
Sent Via Regular Mail

Nicole Zeller
177 Dundee Road
Barrington, IL 60010
Sent Via Regular Mail

Nida Hussain
124 Majestic Dr.
Lombard, IL 60148
Sent Via Regular Mail

Nina Birindjieva
535 S. Cleveland
Arlington Heights, IL 60005
Sent Via Regular Mail

Nora Navar
1937 W. Diversey Pkwy #3C
Chicago, IL 60614
Sent Via Regular Mail

Nousheen Islam
7409 N. Ridge Blvd. #1A
Chicago, IL 60645
Sent Via Regular Mail

Nuraini Hassani
1345 Park Ave.
River Forest, IL 60305
Sent Via Regular Mail

Oscar Meszar
1540 Redwood Ave.
Boulder, CO 80304
Sent Via Regular Mail

Pam Ryan
120 Lawndale St.
Wilmette, IL 60091
Sent Via Regular Mail

Patricia Rieger
741 N. Marion
Oak Park, IL 60302
Sent Via Regular Mail

Patrick Genardo
3386 Rosecroft Lane
Naperville, IL 60564
Sent Via Regular Mail

Pei Rong Wong
8534 Mason
Morton Grove, IL 60053
Sent Via Regular Mail

Peklee Choo
1301 Queensgreen Cir.
Naperville, IL 60563
Sent Via Regular Mail

Pierina Grano
874 S. Wisconsin
Addison, IL 60101
Sent Via Regular Mail

Pin Ling Lin
210 S. Des Plaines #1810
Chicago, IL 60661
Sent Via Regular Mail

Pinar Akinci
9334 Sayre
Oak Lawn, IL 60453

Portia Pettitt
1508 Bay Road Apt. 1271
Miami Beach, FL

Sent Via Regular Mail

Pran Faulker
2118 N. Topanga Canyon Blvd.
Topanga, CA 90290
Sent Via Regular Mail

Rachel Grunfield
4202 Rutgers Lane
Northbrook, IL 60062
Sent Via Regular Mail

Rachel Tucker
1225 N. Wells St. Apt. 908
Chicago, IL 60610
Sent Via Regular Mail

Raul Orozco
7410 Birch St.
Crystal Lake, IL 60014
Sent Via Regular Mail

Renee Cortez
5901 N. Kilpatrick Ave.
Chicago, IL 60646
Sent Via Regular Mail

Riecee Brock
1829 Portsmouth Lane
Schaumburg, IL 60194
Sent Via Regular Mail

Robert Freeman
15711 Parkside Dr.
Homer Glen, IL 60491
Sent Via Regular Mail

Robert Solger
2106 E. Miner St.
Arlington Heights, IL 60004

Sent Via Regular Mail

Quyen Le
519 Lacq. Ave.
Streamwood, IL 60107
Sent Via Regular Mail

Rachel McLinden
133 W. Maple Ave.
Libertyville, IL 60048
Sent Via Regular Mail

Raul Cambridge
10656 South Ave. M 2nd Fl.
Chicago, IL 60617
Sent Via Regular Mail

Renata Pietraszek
660 Cumberland Tr.
Roselle, IL 60172
Sent Via Regular Mail

Richard Goldman
1350 N. Lake Shore Dr. #1919
Chicago, IL 60610
Sent Via Regular Mail

Rivka Hozinsky
1642 E. 56th St. Apt 520
Chicago, IL 60637
Sent Via Regular Mail

Robert Nowacki
4415 N. Sayre Ave.
Harwood Heights, IL 60706
Sent Via Regular Mail

Rudolph Ramirez
8619 S. Escanaba Ave.
Chicago, IL 60617

Sent Via Regular Mail

Ruth Latson
3730 W. Pippen St.
Chicago, IL 60652
Sent Via Regular Mail

Ryan Brand
2380 CR 4298
Burbank, OK 74633
Sent Via Regular Mail

Sally Baker
127 W. Geothe St.
Chicago, IL 60610
Sent Via Regular Mail
Samantha Kugler
22724 Amy Lane
Lake Zurich, IL 60047
Sent Via Regular Mail
Shalu Suneja
7346 Red Oak Ct.
Mason, OH 45040
Sent Via Regular Mail

Shannon Woods
130 S. Prospect Ave.
Clarendon Hills, IL 60514
Sent Via Regular Mail

Shauna Thorson
1006 Irving Ave.
Wheaton, IL 60187
Sent Via Regular Mail

Siamphone Singmouangthong
5364 Silver Dawn Lane
Rockford, IL 61109
Sent Via Regular Mail

Socorro Perez

Sent Via Regular Mail

Ruth Riedlinger
9246 Kephart Lane Ste. 3
Berrien Springs, MI 49103
Sent Via Regular Mail

Sabina Trzebinska
950 E. Old Willow Road
Prospect Heights, IL 60070
Sent Via Regular Mail

Samantha Hardage
846 W. Armitage Ave. Apt. 3R
Chicago, IL 60614
Sent Via Regular Mail
Sari Stark
602 Tanglewood Dr.
Arlington Heights, IL 60004
Sent Via Regular Mail
Shane McLean
2003 Mesa Dr. Apt 3
Boulder, CO 80304
Sent Via Regular Mail

Shari Gray
3216 Royal Woods Dr.
Crystal Lake, IL 60014
Sent Via Regular Mail

Shefali Batra
711 Cleveland Rd.
Hinsdale, IL 60521
Sent Via Regular Mail

Slavica Mirkovic
1436 E. Thacker St. #206
Des Plaines, IL 60016
Sent Via Regular Mail

Sonia Estrado

4620 N. Racine
Chicago, IL 60640
Sent Via Regular Mail

Sophie Van Der Laan
513 N. Warwick Ave.
Westmont, IL 60559
Sent Via Regular Mail

Stanislaw Wasik
3101 N. Olcott
Elmwood Park, IL 60707
Sent Via Regular Mail

Steve Karmani
4S562 Fender Road
Naperville, IL 60563
Sent Via Regular Mail

Stoyan Mishinkov
107 Walters Lane #2B
Itasca, IL 60143
Sent Via Regular Mail

Susilawati Nainggolan
168 Larong 1 Tao Payoh, #12-1040
Singapore
Sent Via Regular Mail

Tadeusz Domagala
486 S. Lyman
Des Plaines, IL 60016
Sent Via Regular Mail

Tasheen Fatima
6823 Edgebrook Lane
Hanover Park, IL 60133
Sent Via Regular Mail

Teresa Gangi

4216 N. Bernard
Chicago, IL 60618
Sent Via Regular Mail

Stacey Boulaev
5138 Kristin Ct.
Naples, FL 34105
Sent Via Regular Mail

Stefanie Tran
1377 Leslie lane
Glendale Heights, IL 60139
Sent Via Regular Mail

Steven Arwady
1014 W. Haven
Arlington Heights, IL 60005
Sent Via Regular Mail

Susan Arwady
1014 W. Haven Dr.
Arlington Heights, IL 60005
Sent Via Regular Mail

Sylvia Sztark
6517 W. Highland Ave.
Chicago, IL 60631
Sent Via Regular Mail

Tanya Litvina
8440 Callie Ave. #104
Morton Grove, IL 60053
Sent Via Regular Mail

Ted Benson
2390 Shady Lane
Highland Park, IL 60035
Sent Via Regular Mail

Teresa Slowinski

219 N. Pine Ave.
Boca Raton, FL 33481
Sent Via Regular Mail

Timothy Schoenborn
14 N. main St,
Fond Du Lac, WI 54935
Sent Via Regular Mail

Tiodola Grellano
3724 Monree St.
Bellwood, IL 60104
Sent Via Regular Mail

Tu Nguyen
720 S. Palomino Lane
Anaheim, CA 92807
Sent Via Regular Mail

Vanessa Block
1944 N. Hudson Ave.
Chicago, IL 60614
Sent Via Regular Mail

Vanessa Ponzi
1411 Pebblecreek
Glenview, IL 60025
Sent Via Regular Mail

Vincent Barlow
41W650 McDonald Rd.
Elgin, IL 60124
Sent Via Regular Mail

Vivian Barnes
4923 S. St. Laurence Ave
Apt. 3A
Chicago, IL 60615
Sent Via Regular Mail

Walter Skoczylas
526 Camargo Dr.
Lake in the Hills, IL 60156
Sent Via Regular Mail

4846 N. Prospect
Harwood Heights, IL 60706
Sent Via Regular Mail

Thomas Zimmerman
296 4th St. #274
Ponderay, ID 83852
Sent Via Regular Mail

Tom Stoecker
219 Third St.
Dundee, IL 60118
Sent Via Regular Mail

Vadim Linetsky
731 Laurel Ave.
Wilmette, IL 60091
Sent Via Regular Mail

Vanessa Kell (Jankowski)
16W541 Nileson Lane
Willowbrook, IL 60527
Sent Via Regular Mail

Vestina Raskeviciute
10735 5th Ave, Apt. 201
La Grange, IL 60525
Sent Via Regular Mail

Viraj Buch-Dhebar
548 Dawes Ave.
Glen Ellyn, IL 60137
Sent Via Regular Mail

Wai Ho Tom
2242 S. Princeton Ave. #101
Chicago, IL 60616
Sent Via Regular Mail

William Depasquale
500 54th Place
Western Springs, IL 60558
Sent Via Regular Mail

Yasuko Thaler
6613 Beverly Ave.
Mc Lean, VA 22101
Sent Via Regular Mail

Yim Yim Chan
721 W. 31st St., Unit 1
Chicago, IL 60616
Sent Via Regular Mail

Zofia Cwiklinska
242 Glendale Rd.
Glenview, IL 60025
Sent Via Regular Mail

Yesica Barrera
719 W. 17th Palace
Chicago, IL 60616
Sent Via Regular Mail

Yvonne Mendoza
3910 W. Byron St. #2
Chicago, IL 60618
Sent Via Regular Mail

Ziyi Rong
3737 Highland Ave. #620
Downers Grove, IL 60515
Sent Via Regular Mail

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | **In Chapter 11** |
| | ) | **Case No. 16 B 32560** |
| **ZHENGANG GUO,** | ) | **Honorable Pamela S. Hollis** |
| | ) | **Motion Date: December 14, 2017** |
| Debtor. | ) | **Motion Time: 10:00 a.m.** |

## <u>MOTION FOR ENTRY OF A FINAL DECREE ORDER</u>

ZHENGANG GUO ("Debtor"), by and through its attorneys, GOLAN CHRISTIE TAGLIA

LLP, moves this Court to enter a final decree order and in support thereof states as follows:

1.     On October 12, 2016, Debtor filed a voluntary case under Chapter 11 of Title 11 of

the United States Code ("Bankruptcy Code").

2.     Debtor is in the business of providing acupuncture and supplying medicinal herbs.

3.     On October 12, 2017, this Court entered an order approving the Debtor's Disclosure

Statement and confirming the Debtor's Amended Plan of Reorganization [Docket No. 265].

4.     Pursuant to the Plan, the administrative claims of the United States Trustee are current

and the professional fees are being paid in installments by agreement with Golan Christie Taglia LLP.

5.     Class 1a Secured Claims were to be paid pursuant to the Plan incorporated in the

order confirming the plan.

6.     The Class 1b Secured Claim of the Estate of Richard Davis, which was settled, has

been paid in full by third parties.

7.      Class 2 Unsecured Claims were to be paid 25% of their allowed claims *pro rata* over five years beginning on the first anniversary of the Initial Distribution Date and a balloon payment in the sixth year for the remaining balance.

8.      Class 4 Unsecured Claims were to be paid 25% of their allowed claims *pro rata* over five years beginning on the first anniversary of the Initial Distribution Date and a balloon payment in the sixth year.

9.      Class 5 Unsecured Claims were to be paid 25% of their allowed claims *pro rata* over five years beginning on the first anniversary of the Initial Distribution Date upon resolution of sole proof of claim in this class.

10.     On December 1, 2017, Debtor filed a Report of Distribution [Docket No. 274].

11.     There are no further matters for this Court to administrate.

WHEREFORE, Debtor, ZHENGANG GUO, prays as follows:

A.      That this Court enter a final decree order; and

B.      For such other and further relief as this Court may deem just and proper.

ZHENGANG GUO,

By: */s/Robert R. Benjamin*
Robert R. Benjamin
One of his attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC #06189418)
Brianna L. Golan (ARDC # 6299871)
Matthew P. Bachochin (ARDC #6292153)
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500

Chicago, IL 60602
(312) 263-2300
rrbenjamin@gct.law
baberneman@gct.law
blgolan@gct.law
mpbachochin@gct.law