UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-32560 |
| ZHENGANG GUO | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE ORDER**

THIS CAUSE COMING ON TO BE HEARD on Motion of ZHENGANG GUO, ("Debtor"), for entry of a final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On October 12, 2016, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On October 12, 2017, this Court entered an order approving the Debtor's Disclosure Statement and confirming the Debtor's Amended Plan of Reorganization which provides for all administrative claims be paid in full; Class 1b Secured Claims were to be paid pursuant to amendments to the Plan incorporated in the order confirming the plan; Class 2 Unsecured Claims were to be paid 25% without interest pro rata quarterly over 5 years beginning on the first anniversary of the Initial Distribution Date then a balloon payment in the sixth year for the remaining balance; Class 4 Unsecured Claims were to be paid 25% without interest pro rata quarterly over 5 years beginning on the first anniversary of the Initial Distribution Date then a balloon payment in the sixth year for the remaining balance; and Class 5 Unsecured Claims were to be paid 25% without interest pro rata quarterly over 5 years beginning on the first anniversary of the Initial Distribution Date upon resolution of sole proof of claim in this class.

3. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan.

4. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

The estate is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 14, 2017

**Prepared by:**

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 W. Madison, Ste. 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939